UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, )<br>and MDL FISHING LLC,            )<br>    Plaintiffs                            )<br>                                            )<br>v.                                    )<br>                                            )<br>TWIN DISC, INC., MANN              )<br>ENGINES AND COMPONENTS,            )<br>INC., OCEAN YACHTS, INC., and      )<br>PERFORMANCE DIESEL, INC.,          )<br>    Defendants                          ) | CIVIL ACTION No. 1:05-CV-10720-RWZ |

ASSENTED-TO MOTION TO EXTEND TIME

Defendant Ocean Yachts, Inc. ("Defendant") hereby moves the court, with the assent of Plaintiffs, to extend the time for the Defendant to file an answer, motion or responsive pleading up to and including April 22, 2005. As grounds, Defendant states that its lead counsel, whose office is in Florida, is engaged in a trial and requires an additional week to prepare the appropriate pleadings. By this assent, Plaintiffs do not waive any right to challenge the Defendant's removal of this action.

                                                      Defendant
                                                      Ocean Yachts, Inc.
                                                      By its attorney,

                                                      /s Howard M. Brown
                                                      HOWARD M. BROWN
                                                      BBO #547948
                                                      Bartlett Hackett Feinberg P.C.
                                                      10 High Street, Suite 920
                                                      Boston, MA 02110

Dated: April 14, 2005                            Tel. (617) 422-0200

ASSENTED-TO
Plaintiffs
By their counsel,


/s Joseph P. Crimmins
Joseph P. Crimmins, Esq.
BBO # 556582
Posternak Blankstein & Lund LLP
800 Boylston Street, 33rd Floor
Boston, MA 02199
(617) 973-6100