UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, ) <br> and MDL FISHING LLC, ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> TWIN DISC, INC., MANN ) <br> ENGINES AND COMPONENTS, ) <br> INC., OCEAN YACHTS, INC., and ) <br> PERFORMANCE DIESEL, INC., ) <br> Defendants ) | CIVIL ACTION No. 1:05-CV-10720-RWZ |

## MOTION OF DEFENDANT OCEAN YACHTS, INC. TO ENLARGE TIME TO OBTAIN CONSENT TO REMOVAL

Defendant Ocean Yachts, Inc. ("Ocean Yachts") hereby moves the court to enlarge the time within which the other defendants (Twin Disc, Inc., Mann Engines and Components, Inc., and Performance Diesel, Inc.) may consent to the removal of this action. As grounds, Ocean Yachts states as follows:

1. On April 12, 2005, it filed a timely notice of removal of this action from state court.[1]

2. At the time of removal and continuing to the present, Ocean Yachts has been unable to ascertain the name of counsel for any other Defendant[2], and thus has been unable to

---

[1] Ocean Yachts was served with process in the state court action on March 16, 2005.

[2] No attorney has filed an appearance on behalf of any other Defendant, either in the state court or in this Court. According to a Motion to Amend Tracking Order filed by Plaintiff in state court on April 7, 2005, two of the Defendants, Twin Disc, Inc. and Performance Diesel, Inc., have not yet been served.

1

seek the consent of the other Defendants to remove this case.

3. Ocean Yachts asks that the Court enlarge the time for each of the other defendants to consent to removal until thirty days after the earlier of: (a) counsel for said defendant files an appearance with this court; or (b) counsel for Plaintiff provides counsel for Ocean Yachts with the name and address of counsel for said defendant.[3]

Defendant
Ocean Yachts, Inc.
By its attorney,

/s Howard M. Brown
HOWARD M. BROWN
BBO #547948
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
Dated: April 15, 2005                             Tel. (617) 422-0200

Certification

I hereby certify pursuant to Local Rule 7.1 that I attempted to confer with counsel to Plaintiff regarding the subject of this motion but was unable to reach counsel by telephone today.

_____
Howard M. Brown

---

[3]Counsel for Plaintiff has indicated that he is unaware of the identity of counsel for any of the defendants other than Ocean Yachts, Inc.