UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY ) <br> and MDL FISHING LLC, ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TWIN DISC, INC., MANN ENGINES ) <br> AND COMPONENTS, INC., OCEAN ) <br> YACHTS, INC., and PERFORMANCE ) <br> DIESEL, INC., ) <br>     Defendants. ) | CIVIL ACTION No. 1:05-CV-10720-RWZ |

ANSWER OF DEFENDANT OCEAN YACHTS, INC.

Defendant Ocean Yachts, Inc., by and through counsel, answers Plaintiff's complaint as follows:

1. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 1.

2. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 2.

3. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 3.

4. Defendant Ocean Yachts, Inc. admits the allegations of paragraph 4.

5. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 5.

6. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief

as to the truth of the averments of paragraph 6.

7. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 7.

8. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 8.

9. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 9.

10. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 10, except that Ocean Yachts, Inc. specifically denies that it made any representations to Plaintiff.

11. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 11.

12. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 12, except that Ocean Yachts, Inc. specifically denies that Ocean Yachts, Inc. provided any warranties with respect to the engines or transmissions..

13. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 13, except that Ocean Yachts, Inc. specifically denies that it made any repairs to the engines or the transmissions or that Ocean Yachts made any representations concerning those components.

14. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14.

    (a) Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14 (a).

    (b) Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(b).

    (c)    Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(c).

    (d)    Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14(d).

    (e)    Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(e).

    (f)    Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14(f).

15. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 15.

16. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 16.

## COUNT I

17. Defendant Ocean Yachts, Inc. incorporates by reference the answers to paragraphs 1 through 16 as though fully stated herein.

18. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 18.

19. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 19.

20. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 20.

21. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 21.

22. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 22.

### FIRST AFFIRMATIVE DEFENSE

As a first affirmative defense, Ocean Yachts, Inc. states that all new Ocean yachts sold by and through its authorized dealers are subject to an express, written, limited warranty, the terms and provisions of which are binding on purchasers of the yacht. Any remedy, loss or damage claimed by Plaintiff is limited, excluded, or prohibited by the express terms of the written, limited warranty.

## SECOND AFFIRMATIVE DEFENSE

As a second affirmative defense, Ocean Yachts, Inc. states that Plaintiff's cause of action, if any, has lapsed by the passage of time and is barred by the applicable statute of limitation.

## THIRD AFFIRMATIVE DEFENSE

As a third affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claim if any is barred by the applicable statute of frauds with respect to any allegations of an oral agreement between Plaintiff and Ocean Yachts, Inc.

## FOURTH AFFIRMATIVE DEFENSE

As a fourth affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claims, if any, are barred by lack of privity.

## FIFTH AFFIRMATIVE DEFENSE

As a fifth affirmative defense, Ocean Yachts, Inc. states that no contract was ever formed by and between Ocean Yachts, Inc. and Plaintiffs. There was no consideration paid by Plaintiff to Ocean Yachts, Inc., nor was there an offer and acceptance of any terms which were mutually agreed to by the parties.

## SIXTH AFFIRMATIVE DEFENSE

As a sixth affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claims, if any, are barred by the applicable written, limited warranty issued by Ocean Yachts, Inc. insofar as Ocean Yachts, Inc. does not warrant components not manufactured by it; the warranty is voided if the yacht is placed in commercial use; the warranty specifically excludes damages for loss of use and/or consequential damages.

## SEVENTH AFFIRMATIVE DEFENSE

As a seventh affirmative defense, Ocean Yachts, Inc. states that venue is inappropriate in this

jurisdiction insofar as Ocean Yachts, Inc. has no contacts with the state of Massachusetts, which would permit the exercise of *in personam* jurisdiction. In addition, Plaintiff has made no allegations that any of the events, acts or occurrences giving rise to this action occurred in the Commonwealth of Massachusetts. Plaintiffs' alleged residence in the Commonwealth of Massachusetts is insufficient to confer venue or personal jurisdiction. Plaintiffs' complaint contains no allegations that any of the contracts were negotiated or formed in Massachusetts, nor does Plaintiffs' complaint allege that any of the repairs which allegedly formed the basis of any contracts were performed in Massachusetts.

### EIGHTH AFFIRMATIVE DEFENSE

As an eighth affirmative defense, Ocean Yachts, Inc. states that Plaintiffs fail to state a cause of action on behalf of MDL Fishing LLC insofar as there are no allegations concerning its relationship to the yacht.

### NINTH AFFIRMATIVE DEFENSE

As a ninth affirmative defense, Ocean Yachts, Inc. states that any deficiencies or defects in the yacht or its components may be the result of actions or inactions of the Plaintiffs, including failure to maintain the yacht, failure to properly use the yacht, abuse of the yacht, or unknown causes such as sudden impacts.

                                          Defendant
                                          Ocean Yachts, Inc.
                                          By its attorney,

                                          /s Howard M. Brown
                                          HOWARD M. BROWN
                                          BBO #547948
                                          Bartlett Hackett Feinberg P.C.
                                          10 High Street, Suite 920
                                          Boston, MA 02110
Dated: April 21, 2005                    Tel. (617) 422-0200