UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10720RWZ

WAYNE DALEY, )
NADINE DALEY and )
MDL FISHING, LLC, )
)
Plaintiffs )   **DEFENDANT, PERFORMANCE**
)   **DIESEL, INC.'S ASSENT TO**
vs. )   **REMOVAL**
)
TWIN DISK, INC. )
MANN ENGINES AND )
COMPONENTS, INC., OCEAN )
YACHTS, INC. and )
PERFORMANCE DIESEL, INC., )
)
Defendants )

The defendant, Performance Diesel, Inc., hereby assents to the Notice of Removal filed by the defendant, Ocean Yachts, Inc. on April 12, 2005.

/s Francis J. Lynch, III
Francis J. Lynch, III, BBO 308 740
Attorney for Defendant,
Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

**AFFIDAVIT OF SERVICE**

I, Francis J. Lynch, III, do hereby certify that on this 10th day of April, 2005, I gave notice of the foregoing Assent to Removal to the plaintiffs, by mailing copies thereof, postage prepaid to: Joseph Crinmins, Esq., POSTERNAK, BLANKSTEIN & LUND, LLP, Prudential Tower, 800 Boylston Street, Boston, MA  02199 and to Howard Brown, Esq., BARTLETT, HACKETT, FEINBERG, PC, 10 High Street, Suite 920, Boston, MA  02110.

/s Francis J. Lynch, III