UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10720RWZ

| | |
|---|---|
| WAYNE DALEY, ) | |
| NADINE DALEY and ) | |
| MDL FISHING, LLC, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | **ANSWER OF THE DEFENDANT,** |
| ) | **PERFORMANCE DIESEL, INC., TO** |
| TWIN DISK, INC. ) | **THE PLAINTIFFS' COMPLAINT** |
| MANN ENGINES AND ) | |
| COMPONENTS, INC., OCEAN ) | |
| YACHTS, INC. and ) | |
| PERFORMANCE DIESEL, INC., ) | |
| ) | |
| Defendants ) | |

Now comes the defendant, Performance Diesel, Inc., and in response to plaintiffs' complaint by the counts and paragraphs numbered herein, says:

1. The defendant admits this allegation.
2. The defendant is without sufficient knowledge to admit or deny this allegation.
3. The defendant admits this allegation.
4. The defendant admits this allegation.
5. The defendant admits this allegation.
6. The defendant admits this allegation.
7. The defendant denies this allegation in this form.
8. The defendant denies these allegations in this form.
9. The defendant admits this allegation.
10. The defendant is without sufficient knowledge to admit or deny these allegations.
11. The defendant is without sufficient knowledge to admit or deny these allegations.
12. The defendant is without sufficient knowledge to admit or deny this allegation.

13. The defendant denies these allegations in this form.
14. The defendant denies these allegations.
a.) The defendant is without sufficient knowledge to admit or deny these allegations.
b.) The defendant is without sufficient knowledge to admit or deny these allegations.
c.) The defendant is without sufficient knowledge to admit or deny these allegations.
d.) The defendant is without sufficient knowledge to admit or deny these allegations.
e.) The defendant is without sufficient knowledge to admit or deny these allegations.
f.) The defendant is without sufficient knowledge to admit or deny these allegations.
15. The defendant denies this allegation.
16. The defendant denies these allegations.

## **COUNT I**

17. The defendant repeats and reavers its responses to paragraphs 1 through 16 the same as if fully written herein.
18. The defendant denies these allegations.
19. The defendant denies this allegation.
20. The defendant denies this allegation.
21. The defendant denies this allegation.
22. The defendant denies this allegation.

And further answering in the affirmative, the defendant, Performance Diesel, Inc., says:

1. The plaintiffs' complaint fails to state a cause of action for which relief may be granted.
2. If, in fact, the defendant owed the plaintiffs anything, which it denies, the same has been satisfied in full.
3. The plaintiffs' action is not timely and is barred by those statutes dealing with the limitation of actions.
4. The plaintiffs have failed to meet those statutory requirements prerequisite to maintain this action.

5. The defendant did not enter into a contractual relationship with the plaintiffs.

The defendant, Performance Diesel, Inc., demands a trial by jury as to all triable issues.

/s/ Francis J. Lynch, III
Francis J. Lynch, III, BBO 308 740
Attorney for Defendant,
Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

## AFFIDAVIT OF SERVICE

I, Francis J. Lynch, III, do hereby certify that on this 13th day of May, 2005, I gave notice of the foregoing Answer of the Defendant, Performance Diesel, Inc., to the Plaintiffs' Complaint, to the plaintiffs, by mailing copies thereof, postage prepaid to: Joseph Crimmins, Esq., POSTERNAK, BLANKSTEIN & LUND, LLP, Prudential Tower, 800 Boylston Street, Boston, MA 02199 and to Howard Brown, Esq., BARTLETT, HACKETT, FEINBERG, PC, 10 High Street, Suite 920, Boston, MA 02110.

/s/ Francis J. Lynch, III
Francis J. Lynch, III BBO #308 740

/cjp