```
              UNITED STATES DISTRICT COURT
                       FOR THE
                DISTRICT OF MASSACHUSETTS

                           CIVIL ACTION NO: 1:05-cv-10720-RWZ
```

```
* * * * * * * * * * * * * * * *
                               *
WAYNE DALEY, NADINE DALEY      *
and MDL FISHING LLC,           *
     Plaintiffs,               *
                               *
                               *
v.                             *
                               *
TWIN DISK, INC.,               *
MANN ENGINES AND               *
COMPONENTS, INC. and           *
OCEAN YACHTS, INC.,            *
     Defendants.               *
                               *
                               *
* * * * * * * * * * * * * * * *
```

<u>MOTION OF THE DEFENDANT, TWIN DISC, INC., TO EXTEND THE TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT (ASSENTED TO)</u>

The defendant, Twin Disc, Inc., in the above-captioned matter hereby moves this Court to extend the time within which the defendant may file its answer or other responsive pleading to the plaintiffs' complaint up to and including May 27, 2005.

                                   By its attorney,

                                   /s/ Richard J. Shea
                                   Richard J. Shea, BBO #456310
                                   MELICK, PORTER & SHEA, LLP
                                   28 State Street
                                   Boston, MA 02109-1775
                                   617-523-6200

ASSENTED TO:

/s/ Joseph P. Crimmins
Plaintiffs' attorney
Joseph P. Crimmins, Esq.
Posternak, Blankstein & Lund

Date: 5-17-05

## CERTIFICATE OF SERVICE

I, Richard J. Shea, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Joseph P. Crimmins
>POSTERNAK, BLANKSTEIN & LUND
>Prudential Tower
>800 Boylston Street
>Boston, MA 02199-4915
>
>Harold M. Brown
>BARTLETT, HACKETT, FEINBERG, P.C.
>10 High Street, Suite 920
>Boston, MA 02110

_____
Richard J. Shea

Date: 5-17-05