UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, | ) |
| NADINE DALEY and | ) |
| MDL FISHING LLC | ) |
| | ) |
| V. | ) |
| | ) |
| TWIN DISC, INC. | ) |
| MANN ENGINES AND | ) |
|   COMPONENTS, INC. | ) |
| OCEAN YACHTS, INC. and | ) |
| PERFORMANCE DIESEL, INC. | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance, in addition to the appearance of Joseph P. Crimmins, on behalf of the above-captioned plaintiffs.

Respectfully submitted,

/s/ Jennifer L. Finger
Joseph P. Crimmins, BBO # 556582
Jennifer L. Finger, BBO # 641830
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:   617-973-6100
Fax:   617-722-4915
jcrimmins@pbl.com
jfinger@pbl.com

## CERTIFICATE OF SERVICE

I, Jennifer L. Finger, hereby certify that on this 18th day of May, 2005, I caused a copy of the above **Notice of Appearance** to be **mailed and emailed** to:

Michel O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL  33156
Tel:    (305) 670-3820
Fax:    (305) 670-8230
moweisz@aol.com

Francis J. Lynch, III, BBO #
J. Gary Bennett, BBO #
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
Tel:    (508) 230-2500
Fax:    (508) 230-2510
gbennett@lynchlynch.com

Howard Brown, BBO #
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA  02110
Tel:    (617) 422-0200
Fax:    (617) 422-0383
hmb@bostonbusinesslaw.com

Richard J. Shea, BBO #
Megan Kures
Melick Porter & Shea
28 State Street, 22nd Floor
Boston, MA  02108
Tel:    (617) 523-6200
Fax:    (617) 617-523-8130
rshea@melicklaw.com
mkures@melicklaw.com


/s/ Jennifer L. Finger
Jennifer L. Finger
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100