UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, | ) |
| NADINE DALEY and | ) |
| MDL FISHING LLC | ) |
| | ) |
| V. | ) |
| | ) |
| TWIN DISC, INC. | ) |
| MANN ENGINES AND | ) |
|   COMPONENTS, INC. | ) |
| OCEAN YACHTS, INC. and | ) |
| PERFORMANCE DIESEL, INC. | ) |
|     Defendants. | ) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant and subject to the provisions of Rule 16.1 of the Local Rules if the United States District Court for the District of Massachusetts, counsel for plaintiffs, Wayne Daley, Nadine Daley and MDL Fishing LLC and defendants, Twin Disc, Inc., Ocean Yachts, Inc. and Performance Diesel, Inc.,[1] have conferred concerning an agenda of matters to be discussed at the scheduling conference and a proposed pretrial schedule for the case, and hereby submit the following Joint Statement:

**1.     Proposed Agenda**

---

[1] Defendant, Mann Engines and Components, Inc. has been served, but has not filed an answer nor has an appearance been filed on its behalf.  Twin Disc, Inc. has been given an extension to file an Answer on or before May 27, 2005.

-2-

The parties suggest that an appropriate agenda for the scheduling conference would include setting a pretrial schedule and discussing potential ADR options.

**2.     Pending Motions**

There are no pending motions.

**3.     Proposed Pre-Trial Schedule**

(a)     Initial Disclosures shall be completed no later than July 8, 2005.

(b)     Motions to Amend Pleadings: Any motions shall be filed on or before July 22, 2005. Oppositions to be filed by August 22, 2005.

(c)     Fact Discovery: All fact discovery shall be completed on or before March 2, 2006.

(d)     Expert Discovery: If any, it shall be completed following fact discovery as follows: Plaintiff to disclose by April 3, 2006. Defendants to disclose by June 2, 2006.

(e)     Summary Judgment Motions: Any motions shall be filed on or before July 3, 2006, with any opposition due on or before August 3, 2006. Any reply to opposition shall be due on or before August 23, 2006.

**4.     Trial by Magistrate Judge**

The parties do not consent to trial by Magistrate Judge.

**5.     Rule 16.1(c) Settlement Proposals**

The plaintiffs have submitted a settlement proposal to the defendants. Defense counsel shall respond to the settlement proposal pursuant to Rule 16.1(c) by June 15, 2005.

-3-

**6.     Rule 16.1 Certifications**

       To be filed separately.

Respectfully submitted this 18th day of May, 2005.

| | |
|---|---|
| The Plaintiffs,<br>WAYNE DALEY, NADINE DALEY AND<br>MDL FISHING, LLC<br>By their attorneys, | The Defendant,<br>OCEAN YACHTS, INC.<br>By its attorneys, |
| /s/ Jennifer L. Finger<br>Joseph P. Crimmins, BBO # 556582<br>Jennifer L. Finger, BBO # 641830<br>Posternak Blankstein & Lund LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA  02199<br>Tel:     617-973-6100<br>Fax:     617-722-4915<br>jcrimmins@pbl.com<br>jfinger@pbl.com | /s/ Howard Brown<br>Howard Brown, BBO #<br>Bartlett Hackett Feinberg, P.C.<br>10 High Street, Suite 920<br>Boston, MA  02110<br>Tel:     (617) 422-0200<br>Fax:     (617) 422-0383<br>hmb@bostonbusinesslaw.com |
| The Defendant,<br>PERFORMANCE DIESEL, INC.<br>By its attorneys, | /s/ Michel O. Weisz<br>Michel O. Weisz<br>Segredo & Weisz<br>Suite 1500<br>9350 South Dixie Highway<br>Miami, FL  33156<br>Tel:     (305) 670-3820<br>Fax:     (305) 670-8230<br>moweisz@aol.com |
| /s/ J. Gary Bennett<br>Francis J. Lynch, III, BBO #<br>J. Gary Bennett, BBO #<br>Lynch & Lynch<br>45 Bristol Drive<br>South Easton, MA  02375<br>Tel:     (508) 230-2500<br>Fax:     (508) 230-2510<br>gbennett@lynchlynch.com | |

The Defendant,
TWIN DISC, INC.
By its attorneys,

/s/ Richard J. Shea
Richard J. Shea, BBO #
Megan Kures, Esq.
Melick Porter & Shea
28 State Street, 22nd Floor
Boston, MA 02108
Tel:   (617) 523-6200
Fax:   (617) 617-523-8130
rshea@melicklaw.com
mkures@melicklaw.com

## CERTIFICATE OF SERVICE

I, Jennifer L. Finger, Posternak Blankstein & Lund LLP, hereby certify that on this 18th day of May, 2005, I caused a copy of the above **Joint Statement Pursuant to Local Rule 16.1** to be **mailed and emailed** to:

| | |
|---|---|
| Michel O. Weisz<br>Segredo & Weisz<br>Suite 1500<br>9350 South Dixie Highway<br>Miami, FL 33156<br>Tel:   (305) 670-3820<br>Fax:   (305) 670-8230<br>moweisz@aol.com | Howard Brown, BBO #<br>Bartlett Hackett Feinberg, P.C.<br>10 High Street, Suite 920<br>Boston, MA 02110<br>Tel:   (617) 422-0200<br>Fax:   (617) 422-0383<br>hmb@bostonbusinesslaw.com |
| Francis J. Lynch, III, BBO #<br>J. Gary Bennett, BBO #<br>Lynch & Lynch<br>45 Bristol Drive<br>South Easton, MA 02375<br>Tel:   (508) 230-2500<br>Fax:   (508) 230-2510<br>gbennett@lynchlynch.com | Richard J. Shea, BBO #<br>Megan Kures<br>Melick Porter & Shea<br>28 State Street, 22nd Floor<br>Boston, MA 02108<br>Tel:   (617) 523-6200<br>Fax:   (617) 617-523-8130<br>rshea@melicklaw.com<br>mkures@melicklaw.com |

/s/ Jennifer L. Finger
Jennifer L. Finger

ID # 431747v01/14236-2/ 05.18.2005