UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

WAYNE DALEY, )
NADINE DALEY and )
MDL FISHING LLC )
 )
V. )
 )
TWIN DISC, INC. )
MANN ENGINES AND )
  COMPONENTS, INC. )
OCEAN YACHTS, INC. and )
PERFORMANCE DIESEL, INC. )
  Defendants. )

## RULE 16 CERTIFICATION

The plaintiffs and their counsel hereby affirm that they have conferred:

(1) With a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(2) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Wayne Daley

_____
Joseph P. Crimmins, BBO # 556582
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel:  617-973-6273
Fax:  617-722-4915
jcrimmins@pbl.com

ID # 431777v01/14236-2/ 05.17.2005