UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

```
* * * * * * * * * * * * * * * * *
                                 *
WAYNE DALEY, NADINE DALEY        *
and MDL FISHING LLC              *
     Plaintiffs,                 *
                                 *
                                 *
v.                               *
                                 *
TWIN DISC, INC., MANN            *
ENGINES AND COMPONENTS,          *
INC. AND OCEAN YACHTS, INC.      *
     Defendants,                 *
                                 *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
<u>**TWIN DISC, INC.**</u>

To: Civil Clerk's Office
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Please enter the appearance of Megan E. Kures as counsel for the defendant, Twin Disc, Inc.

Respectfully submitted,

<u>/s/ Megan E. Kures</u>
Megan E. Kures (BBO #652482)
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Dated: <u>May 20, 2005</u>

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 5/20/05