UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

* * * * * * * * * * * * * * * * *
WAYNE DALEY, NADINE DALEY,
and MDL FISHING, LLC,

    Plaintiffs,

v.

TWIN DISC, INC., MANN
ENGINES & COMPONENTS, INC.,
OCEAN YACHTS, INC., and
PERFORMANCE DIESEL, INC.

    Defendants,
* * * * * * * * * * * * * * * * *

## DEFENDANT, TWIN DISC, INC.'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel for the defendant, Twin Disc, Inc., hereby certifies that Twin Disc, Inc. has no parent corporations and that there are no publicly held corporations that own more than ten percent of said defendant's stock.

                                  Twin Disc, Inc.,
                                  By its Attorneys,

                                  /s/ Megan E. Kures
                                  Richard J. Shea, BBO #456310
                                  Megan E. Kures, BBO #652485
                                  MELICK, PORTER & SHEA, LLP
                                  28 State Street
                                  Boston, MA 02109
                                  (617)523-6200

Date: 5/20/05

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 5/20/05