UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

```
* * * * * * * * * * * * * * * *
                                *
WAYNE DALEY, NADINE DALEY,      *
and MDL FISHING, LLC,           *
                                *
       Plaintiffs,              *
                                *
v.                              *
                                *
TWIN DISC, INC., MANN           *
ENGINES & COMPONENTS, INC.,     *
OCEAN YACHTS, INC., and         *
PERFORMANCE DIESEL, INC.        *
                                *
       Defendants,              *
* * * * * * * * * * * * * * * *
```

## DEFENDANT, TWIN DISC, INC.'S, LOCAL RULE 16.1(d)(3) CERTIFICATION

The defendant, Twin Disc, Inc., and its counsel, hereby certify that, pursuant to Local Rule 16.1 (D)(3), they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Twin Disc, Inc.,<br>By its authorized<br>representative, | By its Attorneys, |
| /s/Richard Larson<br>Richard Larson<br>Manager-Financial Services<br>Twin Disc, Inc.<br>1328 Racine Street<br>Racine, WI 53403<br>(262)638-4307 | /s/Megan E. Kures<br>Richard J. Shea, BBO #456310<br>Megan E. Kures, BBO #652485<br>MELICK, PORTER & SHEA, LLP<br>28 State Street<br>Boston, MA 02109<br>(617)523-6200 |
| Date: 5/20/05 | Date: 5/20/05 |

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 5/20/05