UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
WAYNE DALEY, NADINE DALEY
and MDL FISHING LLC
    Plaintiffs,

v.

TWIN DISC, INC., MANN
ENGINES AND COMPONENTS,
INC. AND OCEAN YACHTS, INC.
    Defendants,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
**TWIN DISC, INC.**

To:  Civil Clerk's Office
     United States District Court
     Moakley U.S. Courthouse
     1 Courthouse Way
     Boston, MA 02210

     Please enter the appearance of Richard J. Shea as counsel for the defendant, Twin Disc, Inc.

Respectfully submitted,

/s/ Richard J. Shea
Richard J. Shea (BBO #456310)
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Dated: May 20, 2005

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 5/20/05