UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>    Defendants. | Civil Action No. 05-10720 RWZ |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of John R. Felice as counsel for the Defendant, Mann Engines and Components, Inc., in the above-referenced matter.

MANN ENGINES AND COMPONENTS, INC.,
By its attorneys,

_____
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 5/20/05

I hereby certify that a true copy of the above document was served upon (each party appearing PRO SE and) the attorney of record for each other party by mail (by hand) on 5/20/05.

_____
John R. Felice