UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, )<br>and MDL FISHING LLC,            )<br>    Plaintiffs                                  )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>TWIN DISC, INC., MANN             )<br>ENGINES AND COMPONENTS, )<br>INC., OCEAN YACHTS, INC., and )<br>PERFORMANCE DIESEL, INC.,    )<br>    Defendants                              ) | CIVIL ACTION No. 05-CV-10720-RWZ |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3, Defendant Ocean Yachts, Inc., by its counsel, Howard M. Brown, respectfully moves for the admission pro hac vice of Michel Weisz, Esq. of the law firm of Segredo & Weisz to appear in this matter as counsel to Ocean Yachts, Inc. In support of this Motion, attached as Exhibit A is Mr. Weisz's certification that he is eligible for admission *pro hac vice*.

                                                  OCEAN YACHTS, INC.
                                                  By its attorney,

                                                  /s/ Howard M. Brown
                                                  HOWARD M. BROWN
                                                  BBO #547948
                                                  Bartlett Hackett Feinberg P.C.
                                                  10 High Street, Suite 920
                                                  Boston, MA 02110
DATED: May 24, 2005                     Tel. (617) 422-0200

## **EXHIBIT A**

### CERTIFICATION OF MICHEL WEISZ

I, Michel Weisz, hereby certify that:

(1) I am a member of the Bars of Florida, and the United States District Court for the Southern District of Florida. I am a member in good standing of every jurisdiction where I am admitted to practice.

(2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(3) I have a copy of the Local Rules of this Court and am generally familiar with such rules.

By: /s/ Michel Weisz
Michel Weisz, Esq.
Segredo & Weisz
9350 South Dixie Highway, Suite 1500
Miami, FL 33156
(305) 670-3820

Dated: May     , 2005

-2-





**Link to Board Certified Attorneys**    **Link to the Lawyer Referral Service**



Online Directory
Organization
  INDEX
  Attorney Search
  • Location
  • Section
  • Certification
  Bar Brochure
  President's Page
  Board of Governors
  Sections/Divisions
  Committees:
  • Standing
  • Board
  • Special
  Staff Contacts
  Branch Locations
  Florida Bar History
Member Services
Consumer Services
Online Media Center
Legislative Info.
Regulation
Professionalism
Links
Service Providers

StoreFront

For The Children
Dignity In Law

Full-Site Search
Contact Us
Open Sitemap
PDF Help

➡ **Florida Bar Member**

ID Number: **336939**
**Member in Good Standing - Eligible to practice in Florida**

**Michel Ociacovski Weisz**
**9350 S Dixie Hwy Ste 1500**
**Miami Florida 331562944**

Phone: **305.6703820**
Fax: **305.4421402**
E-Mail:
County: **Dade**
Circuit: **11**
Admitted: **01/20/1982**

🔍 Search again    by Location    Sections    Certifications