UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, and MDL FISHING LLC,<br>　　Plaintiffs<br><br>v.<br><br>TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION No. 05-10720-RWZ<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT OCEAN YACHTS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

　　Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel for the Defendant, Ocean Yachts, Inc., hereby certifies that Ocean Yachts, Inc. has no parent corporation and that there are no publicly held corporations that own more than ten percent of said Defendant's stock.

　　　　　　　　　　　　　　　　　　OCEAN YACHTS, INC.
　　　　　　　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　　　　　　　/s/Howard M. Brown
　　　　　　　　　　　　　　　　　　HOWARD M. BROWN
　　　　　　　　　　　　　　　　　　BBO #547948
　　　　　　　　　　　　　　　　　　Bartlett Hackett Feinberg P.C.
　　　　　　　　　　　　　　　　　　10 High Street, Suite 920
　　　　　　　　　　　　　　　　　　Boston, MA 02110
DATED: May 24, 2005　　　　　　　　Tel. (617) 422-0200

-1-