UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| WAYNE DALEY, NADINE DALEY, and MDL FISHING LLC,<br>    Plaintiffs<br><br>v.<br><br>TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION No. 05-10720-RWZ |
|---|---|---|

## DEFENDANT OCEAN YACHTS, INC.'S
## LOCAL RULE 16.1(d)(3) CERTIFICATION

The Defendant, Ocean Yachts, Inc., and its counsel, hereby certify that, pursuant to Local Rule 16.1 (d) (3), they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course,

and various alternative courses of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

OCEAN YACHTS, INC.
By its attorney,


/s/Howard M. Brown
HOWARD M. BROWN
BBO #547948
Bartlett Hackett Feinberg P.C.
10 High Street, Suite 920
Boston, MA 02110
DATED: May 24, 2005                    Tel. (617) 422-0200

-1-