UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC., <br><br> Defendants. | Civil Action No. 05-10720 RWZ |

### DEFENDANT, MAN ENGINES & COMPONENTS, INC.'S ANSWER TO THE PLAINTIFFS' COMPLAINT

Defendant MAN Engines & Components, Inc. ("MAN Engines"), misnamed "MANN Engines and Components, Inc.," by and through counsel, answers the Plaintiffs' Complaint as follows:

1. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint.

2. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 2 of the Complaint.

3. MAN Engines admits the allegations contained in Paragraph 3 of the Complaint.

4. MAN Engines admits the allegations contained in Paragraph 4 of the Complaint.

5. MAN Engines admits the allegations contained in Paragraph 5 of the Complaint.

6. MAN Engines admits that it is a Delaware corporation with a principal place of business at Plaza Center North at Pompano Business Park, 591 Southwest 13th Terrace, Pompano

Beach, Florida. MAN Engines denies the remaining allegations contained in Paragraph 6 of the Complaint.

7. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint.

8. MAN Engines denies the allegations contained in Paragraph 8 of the Complaint.

9. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint.

10. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. MAN Engines admits that its engines were covered by a warranty, the terms and conditions of which speak for themselves. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 12 of the Complaint.

13. MAN Engines denies the allegations contained in Paragraph 13 to the extent they relate to MAN Engines. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 13 of the Complaint.

14. MAN Engines denies the allegations contained in Paragraph 14 to the extent they relate to MAN Engines. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14 of the Complaint.

    a.    MAN Engines denies the allegations contained in Paragraph 14(a) to the extent they relate to MAN Engines. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14(a) of the Complaint.

    b.    MAN Engines denies the allegations contained in Paragraph 14(b) to the extent they relate to MAN Engines. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14(b) of the Complaint.

    c.    MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14(c) of the Complaint.

    d.    MAN Engines denies the allegations contained in Paragraph 14(d) of the Complaint.

    e.    MAN Engines denies the allegations contained in Paragraph 14(e) to the extent they relate to MAN Engines. MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 14(e) of the Complaint.

    f.    MAN Engines is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14(f) of the Complaint.

15.    MAN Engines denies the allegations contained in Paragraph 15 of the Complaint.

16.    MAN Engines denies the allegations contained in Paragraph 16 of the Complaint.

## COUNT I
## BREACH OF CONTRACT AGAINST ALL DEFENDANTS

17.	MAN Engines incorporates by reference its Answer to Paragraphs 1 through 16 as if set fully forth herein.

18.	MAN Engines denies the allegations contained in Paragraph 18 of the Complaint.

19.	MAN Engines denies the allegations contained in Paragraph 19 of the Complaint.

20.	MAN Engines denies the allegations contained in Paragraph 20 of the Complaint.

21.	MAN Engines denies the allegations contained in Paragraph 21 of the Complaint.

22.	MAN Engines denies the allegations contained in Paragraph 22 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' Complaint should be dismissed for misnomer of a party Defendant.

### SECOND AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' Complaint should be dismissed for insufficiency of process.

### THIRD AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' Complaint should be dismissed for insufficiency of service of process.

### FOURTH AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' Complaint should be dismissed for lack of personal jurisdiction.

#### FIFTH AFFIRMATIVE DEFENSE

MAN Engines states that this action was not commenced within the time prescribed by the applicable statute of limitations.

#### SIXTH AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' warranty claims fail for lack of notice.

#### SEVENTH AFFIRMATIVE DEFENSE

MAN Engines states that it has performed and fulfilled all promises and obligations arising under all applicable warranties and that, therefore, the Plaintiffs are barred from recovery against MAN Engines.

#### EIGHTH AFFIRMATIVE DEFENSE

MAN Engines states that, to the extent it had any obligations to the Plaintiffs, such obligations have been fully, completely and properly performed in every respect.

#### NINTH AFFIRMATIVE DEFENSE

MAN Engines states that the damages alleged by the Plaintiffs were not caused by the acts of any person for whose conduct MAN Engines was legally responsible.

#### TENTH AFFIRMATIVE DEFENSE

MAN Engines states that the Plaintiffs' claim is barred by the statute of frauds with respect to any allegations of an oral agreement between the Plaintiffs and MAN Engines.

#### ELEVENTH AFFIRMATIVE DEFENSE

MAN Engines reserves the right to supplement the foregoing Affirmative Defenses to the extent allowed by law and to the extent that additional defenses are revealed during discovery.

MAN ENGINES & COMPONENTS, INC.,
By its attorneys,

Dated: 5/25/05

*/s/ John R. Felice*
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Joseph P. Crimmins
Jennifer L Finger
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Howard Brown
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

Francis J. Lynch, III
J. Gary Bennett
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Michael O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

*/s/ John R. Felice*
John R. Felice

G:\DOCS\JRF\CLIENTS\MAN Engines\Pleadings\Answer.doc