UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>  Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>  Defendants. | Civil Action No. 05-10720 RWZ |

**DEFENDANT, MAN ENGINES & COMPONENTS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, the Defendant MAN Engines & Components, Inc. ("MAN Engines"), identifies the following parent corporation or publicly held corporation that owns ten percent (10%) or more of its stock:

MAN Capital Corporation ("MCC") owns 100% of the stock of MAN Engines.

MAN AG, a publicly held company, owns 100% of the stock of MCC.

MAN ENGINES AND COMPONENTS, INC.,
By its attorneys,

_/s/ John R. Felice_
Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
  & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 5/25/05

I hereby certify that a true copy of the above document was served upon (each party appearing PRO SE and the attorney of record for each other party by mail (by hand) on 5/25/05.

_/s/ John R. Felice_