UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>　　　　Defendants. | Civil Action No. 05-10720 RWZ |

### DEFENDANT, MAN ENGINES & COMPONENTS, INC.'S
### CONSENT TO REMOVAL

Defendant MAN Engines & Components, Inc. ("MAN Engines"), hereby consents to the Notice of Removal filed by the Defendant Ocean Yachts, Inc.

　　　　　　　　　　　　　　　　　MAN ENGINES & COMPONENTS, INC.,
　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　_____John K Felice_____
　　　　　　　　　　　　　　　　　Peter G. Hermes, BBO No. 231840
　　　　　　　　　　　　　　　　　John R. Felice, BBO No. 644517
　　　　　　　　　　　　　　　　　HERMES, NETBURN, O'CONNOR
　　　　　　　　　　　　　　　　　　　& SPEARING, P.C.
　　　　　　　　　　　　　　　　　111 Devonshire Street, Eighth Floor
　　　　　　　　　　　　　　　　　Boston, MA 02109-5407
Dated: 5/25/05　　　　　　　　　　(617) 728-0050
　　　　　　　　　　　　　　　　　(617) 728-0052 (F)


G:\DOCS\JRF\CLIENTS\MAN Engines\Pleadings\Consent to Removal.doc

I hereby certify that a true copy of the above document was served upon (each party appearing PRO SE and the attorney of record for each other party by mail (by hand) on 5/25/05.

_____John K Felice_____