UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>Defendants. | Civil Action No. 05-10720 RWZ |

### DEFENDANT, MAN ENGINES & COMPONENTS, INC.'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

MAN ENGINES & COMPONENTS, INC.,
By its attorneys,

Peter G. Hermes, BBO No. 231840
John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
 & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050
(617) 728-0052 (F)

Dated: 5/25/05

MAN ENGINES & COMPONENTS, INC.,
By its Treasurer          ,

_____

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Joseph P. Crimmins
Jennifer L Finger
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Howard Brown
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

Francis J. Lynch, III
J. Gary Bennett
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Michael O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

_____
John R. Felice

G:\DOCS\JRF\CLIENTS\OneBeacon\McMillan\Pleadings\Local Rule 16.1 Certification.doc