UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10720RWZ

| | |
|---|---|
| WAYNE DALEY, ) | |
| NADINE DALEY and ) | |
| MDL FISHING, LLC, ) | |
| ) | |
| Plaintiffs ) | **DEFENDANT, PERFORMANCE** |
| ) | **DIESEL, INC.'S CERTIFICATION** |
| vs. ) | **PURSUANT TO RULE 16(D)(3)** |
| ) | |
| TWIN DISK, INC. ) | |
| MANN ENGINES AND ) | |
| COMPONENTS, INC., OCEAN ) | |
| YACHTS, INC. and ) | |
| PERFORMANCE DIESEL, INC., ) | |
| ) | |
| Defendants ) | |

Counsel for the Defendant Performance Diesel, Inc. and the authorized representative of the defendant identified below hereby certify that they have conferred regarding:

(a) establishment of a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Francis J. Lynch, III  BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500
gbennett@lynchlynch.com

_____
Brent Wagner
Performance Diesel, Inc.
12130 Galveston Road, Bldg. #3
Webster, TX  77598

DATE: MAY 23, 2005