UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                  *
WAYNE DALEY, NADINE DALEY,        *
and MDL FISHING, LLC,             *
                                  *
     Plaintiffs,                  *
                                  *
v.                                *
                                  *
TWIN DISC, INC., MANN             *
ENGINES & COMPONENTS, INC.,       *
OCEAN YACHTS, INC., and           *
PERFORMANCE DIESEL, INC.          *
                                  *
     Defendants,                  *
                                  *
                                  *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DEFENDANT, TWIN DISC, INC.'s, AUTOMATIC DISCOVERY DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.2(A), the defendant, Twin Disc, Inc. ("Twin Disc"), hereby makes this its automatic disclosure. This disclosure is based on the information now available to Twin Disc and its counsel. Twin Disc reserves the right to supplement its disclosure when and if necessary.

**I.     Individuals Likely to Have Discoverable Information**

    a.    Timothy A. Taggart
            Twin Disc, Inc.
            4600 21st Street
            Racine, WI 53405-3698

Mr. Taggart has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    b.    Craig Venne
            Twin Disc, Inc.
            4600 21st Street
            Racine, WI 53405-3698

Mr. Venne has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    c.    Bill Smith
           Twin Disc, Inc.
           4600 21st Street
           Racine, WI 53405-3698

Mr. Smith has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    d.    Robert Clark
           Present Address Unknown
           Former Employee of Twin Disc, Inc.

Mr. Clark has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    e.    Bruce Colby
           Twin Disc, Inc.
           4600 21st Street
           Racine, WI 53405-3698

Mr. Colby has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    f.    Dennis Muesegades
           Twin Disc, Inc.
           4600 21st Street
           Racine, WI 53405-3698

Mr. Muesegades has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel and Twin Disc's investigation and response to those complaints.

    g.    Lloyd Dye
           MANN Engines/Performance Diesel
           Present Address Unknown

Upon information and belief, Mr. Dye has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel.

    h.    Jay Kingsley
           W.A Kraft Corp.
           Present Address Unknown

Upon information and belief, Mr. Kingsley has knowledge of the plaintiffs' complaints

with respect to the alleged problems with their vessel.

    i.    Scott Krawiec
        Ocean Yachts
        Present Address Unknown

Upon information and belief, Mr. Krawiec has knowledge of the plaintiffs' complaints with respect to the alleged problems with their vessel.

Twin Disc reserves the right to supplement this section.

## II.    Documents That May Support Twin Disc's Defenses

    a.    Marine Transmission Owner's Manual.

    b.    Specification Sheet for Twin Disc MG-5114 Series.

    c.    January 21, 2002, Twin Disc Product Service Department Service Report.

    d.    June 17, 2002, Correspondence from Timothy Taggart to Wayne Daley.

    e.    Twin Disc Internal Warranty Claim Audit Reports for Claims 524493, 524494, 524497, 524499, 254500, 524503, 527226, 527261, 530731, 530732.

Twin Disc reserves its right to supplement this section.

## III.    Computation of Damages

Twin Disc does not allege that it incurred such damages.

## IV.    Insurance Agreements

Twin Disc will make any insurance agreement that may be available to satisfy a judgment in this matter available for inspection and copying.

Respectfully submitted,
Twin Disc, Inc.,
By its counsel,

/s/ Richard J. Shea
Richard J. Shea BBO #456310
Megan E. Kures BBO #652485
MELICK, PORTER & SHEA, LLP
28 State Street - 22nd floor
Boston, MA 02109
(617) 523-6200