UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY,<br>NADINE DALEY and<br>MDL FISHING LLC<br><br>V.<br><br>TWIN DISC, INC.<br>MANN ENGINES AND<br>  COMPONENTS, INC.<br>OCEAN YACHTS, INC. and<br>PERFORMANCE DIESEL, INC.<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' WAYNE DALEY, NADINE DALEY, AND MDL FISHING, LLC
AUTOMATIC DISCOVERY DISCLOSURE**

    Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.2(A), the plaintiffs, Wayne Daley, Nadine Daley, and MDL Fishing, LLC, ("Plaintiffs") hereby make their automatic disclosure. This disclosure is based on the information now available to the Plaintiffs and their counsel. Plaintiffs reserve the right to supplement their disclosure when and if necessary.

**I.**    **Individuals Likely to Have Discoverable Information**

    a.    Wayne Daley
           PO Box 619
           Canton, MA 02021

    Mr. Daley has knowledge of the Plaintiffs' complaint regarding the problems with their yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

    b.    Nadine Daley
           PO Box 619
           Canton, MA

    Ms. Daley has knowledge of the Plaintiffs' complaint regarding the problems with their yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

    c.       Arnold Farber
            MANN Engines & Components, Inc.
            Plaza Center North
            Pompano Business Park
            591 SW 13th Terrace
            Pompano Beach, FL 33069

Mr. Farber has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

    d.       Scott Krawiec
            Oyster Harbor Marine, Inc.
            157 Pleasant Street
            Hyannis, MA 02601

            Ocean Yachts, Inc.
            Route 563
            Egg Harbor, NJ  08215

Mr. Krawiec has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

    e.       John Leek
            Oyster Harbor Marine, Inc.
            157 Pleasant Street
            Hyannis, MA 02601

            Ocean Yachts, Inc.
            Route 563
            Egg Harbor, NJ  08215

Mr. Leek has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

    f.       Pierre Maryott
            Oyster Harbor Marine, Inc.
            157 Pleasant Street
            Hyannis, MA 02601

    Ocean Yachts, Inc.
    Route 563
    Egg Harbor, NJ  08215

  Mr. Maryott has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

  g.  Ben Crago
    Oyster Harbor Marine, Inc.
    157 Pleasant Street
    Hyannis, MA 02601

    Ocean Yachts, Inc.
    Route 563
    Egg Harbor, NJ  08215

  Mr. Crago has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

  h.  Sven von Saalfeld
    MANN Engines & Components, Inc.
    Plaza Center North
    Pompano Business Park
    591 SW 13th Terrace
    Pompano Beach, FL 33069

  Mr. von Saalfeld has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

  i.  Brent Wagner
    Performance Diesel, Inc.
    12707 North Freeway, Suite 590
    Houston, TX  47060

  Mr. Wagner has knowledge of the Plaintiffs' complaint regarding the problems with the yacht, communications between the Plaintiffs and representative of the Defendants regarding the same, and the efforts undertaken by representatives of the Defendants to address those problems.

ID # 436999v01/14236-2/ 07.11.2005

**II.     Documents That May Support Plaintiffs' Claims**

    a.     Correspondence between the parties since the yacht was purchased.

    b.     Reports of testing done on the yacht.

    c.     Pictures taken of damage to the yacht.

    d.     Invoices and repair reports.

Plaintiffs will provide copies of all relevant documents upon request.

**III.    Computation of Damages**

Plaintiffs' damages are at least the amount of the purchase price of the yacht, $704,205.00. In addition, Plaintiffs expect to amend the Complaint to add Chapter 93A claims seeking treble damages, fees and costs.

**IV.    Insurance Agreements**

Not applicable.

Dated: July 11, 2005                          Respectfully submitted,

                                          /s/ Joseph P. Crimmins  
                                          Joseph P. Crimmins, BBO # 556582  
                                          Posternak Blankstein & Lund LLP  
                                          Prudential Tower  
                                          800 Boylston Street  
                                          Boston, MA  02199  
                                          Tel:    617-973-6273  
                                          Fax:   617-722-4915  
                                          jcrimmins@pbl.com

**CERTIFICATE OF SERVICE**

    I, Joseph P. Crimmins, Posternak Blankstein & Lund LLP, hereby certify that on this 11th day of July 2005, I caused a copy of the above Plaintiffs' Wayne Daley, Nadine Daly, and MDL Fishing, LLC, Automatic Discovery Disclosure to be mailed ailed to:

| | |
|---|---|
| Michel O. Weisz | Howard Brown, BBO # |
| Segredo & Weisz | Bartlett Hackett Feinberg, P.C. |
| Suite 1500 | 10 High Street, Suite 920 |
| 9350 South Dixie Highway | Boston, MA  02110 |
| Miami, FL  33156 | |
| | |
| Francis J. Lynch, III, BBO # | Richard J. Shea, BBO # |
| J. Gary Bennett, BBO # | Megan Kures |
| Lynch & Lynch | Melick Porter & Shea |
| 45 Bristol Drive | 28 State Street, 22nd Floor |
| South Easton, MA  02375 | Boston, MA  02108 |

                                                 /s/ Joseph P. Crimmins

ID # 436999v01/14236-2/ 07.11.2005