UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, | ) |
| NADINE DALEY and | ) |
| MDL FISHING LLC | ) |
|  | ) |
| V. | ) |
|  | ) |
| TWIN DISC, INC. | ) |
| MANN ENGINES AND | ) |
|   COMPONENTS, INC. | ) |
| OCEAN YACHTS, INC. and | ) |
| PERFORMANCE DIESEL, INC. | ) |
|         Defendants. | ) |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS'
MOTION TO AMEND COMPLAINT**

**I.    INTRODUCTION**

Plaintiffs seek leave to amend their Complaint pursuant to Fed.R.Civ.P.15(a) to assert claims against the defendants for violations of M.G.L., c. 93A. It is the plaintiffs' contention that the defendants have engaged in unfair and deceptive practices in connection with the sale and subsequent service of their Ocean 84 Supersport Yacht. In light of the overwhelming preference in favor of broadly granting motions to amend the complaint, the fact that the motion comes within the date allowed for under the Court's Rule 16 Scheduling Order, and the fact there will be no unfair prejudice to the defendants, the plaintiffs request that the Court grant the motion.

## II.     ARGUMENT

As this Court is well aware, leave to amend "…shall be freely given when justice so requires." Fed.Civ.P. 15(a). *See also, Subaru Distrib. Corp. v. General Ship Corp.* 167 FRD 342, 434 (D. Mass. 1996) (leave to amend must be freely given when justice requires).

The decision as to whether to grant the motion to amend lies entirely within the Court's discretion and in exercising its discretion, the Court should be guided by the underlying purpose of allowing amendments to facilitate a decision on the merits. *Film Tec Corp. v. Hydranoutics*, 67 F.3d 931, 935 (Fed. Cir. 1995) *cert. denied*, 519 U.S. 814 (1996) (court must be guided by the underlying purpose of Rule 15 and facilitate decision on the merits rather than technicalities).

Moreover, the plaintiffs' motion to amend is brought within the deadline set by the Court's Rule 16 Scheduling Order.

Were the Court to allow the motion, there would be no unfair prejudice to the defendants. As of the filing of this motion, the only discovery that has been undertaken is the parties' automatic disclosure and a set of interrogatories and document requests propounded by the defendant, Performance Diesel, Inc. on July 14, 2005. Discovery in this matter is not scheduled to be completed until November 30, 2005. Moreover, c. 93A demand letters were sent to the defendants on June 21, 2005 and plaintiffs indicated their intention to file a motion to amend in connection with their initial disclosures on July 11, 2005. Accordingly, the defendants are well aware of the plaintiffs' intention to bring claims pursuant to G.L. c. 93A.

### III.  CONCLUSION

Wherefore, for the foregoing reasons, the plaintiffs request that this Court allow their Motion for Leave to Amend the Complaint.

>
> The Plaintiffs,
> WAYNE DALEY, NADINE DALEY AND
> MDL FISHING, LLC
> By their attorneys,
>
> /s/ Jennifer L. Finger_____  _____
> Joseph P. Crimmins, BBO # 556582
> Jennifer L. Finger, BBO # 641830
> Posternak Blankstein & Lund LLP
> Prudential Tower
> 800 Boylston Street
> Boston, MA  02199
> Tel:    617-973-6100
> Fax:    617-722-4915
> jcrimmins@pbl.com
> jfinger@pbl.com

### CERTIFICATE OF SERVICE

I, Jennifer L. Finger, Posternak Blankstein & Lund LLP, hereby certify that on this 22nd day of July, 2005, I caused a copy of the above **Plaintiffs' Memorandum in Support of Motion to Amend Complaint** to be **mailed and emailed** to:

Michel O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL  33156
Tel:    (305) 670-3820
Fax:    (305) 670-8230
moweisz@aol.com

Howard Brown, BBO #
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA  02110
Tel:    (617) 422-0200
Fax:    (617) 422-0383
hmb@bostonbusinesslaw.com

-4-

| | |
|---|---|
| Francis J. Lynch, III, BBO # | Richard J. Shea, BBO # |
| J. Gary Bennett, BBO # | Megan Kures |
| Lynch & Lynch | Melick Porter & Shea |
| 45 Bristol Drive | 28 State Street, 22nd Floor |
| South Easton, MA  02375 | Boston, MA  02108 |
| Tel:    (508) 230-2500 | Tel:    (617) 523-6200 |
| Fax:    (508) 230-2510 | Fax:    (617) 617-523-8130 |
| gbennett@lynchlynch.com | rshea@melicklaw.com |
| | mkures@melicklaw.com |

                                         /s/ Jennifer L. Finger
                                         Jennifer L. Finger