UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>Defendants. | Civil Action No. 05-10720 RWZ |

### NOTICE OF WITHDRAWAL

John R. Felice hereby withdraws his appearance as counsel for the Defendant in this action, Man Engines & Components, Inc. Peter G. Hermes of Hermes, Netburn, O'Connor & Spearing will continue to represent the Defendant, Man Engines & Components, Inc.

John R. Felice, BBO No. 644517
HERMES, NETBURN, O'CONNOR
 & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109-5407
(617) 728-0050 (Tel.)
(617) 728-0052 (Fax)

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

**Counsel for Plaintiffs:**
Joseph P. Crimmins
Jennifer L Finger
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

**Counsel for Performance Diesel, Inc.:**
Francis J. Lynch, III
J. Gary Bennett
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

**Counsel for Ocean Yachts, Inc.:**
Howard Brown
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

**Counsel for Ocean Yachts, Inc.:**
Michael O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

**Counsel for Twin Disc, Inc.:**
Richard J. Shea
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

G:\DOCS\JRF\CLIENTS\MAN Engines\Pleadings\Notice of Withdrawal.doc

_____
John R. Felice

2