UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nadine Daley, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-CV-10720 |
| | ) |
| Twin Disc, Inc., et al, | ) |
| | ) |
| Defendant. | ) |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, as of **Monday, September 19, 2005**, the address of

Bartlett Hackett Feinberg P.C. ("BHF") and the undersigned, counsel for Ocean Yachts, Inc., will

be **155 Federal Street, 9th Floor, Boston, MA  02110**. The telephone number, fax number and

e-mail address will remain the same.  Kindly update your records.


/s/ Howard M. Brown
Howard M. Brown (BBO #547948)
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Dated:  September 20, 2005                    Fax  (617 422-0383)