UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br>　　　　Plaintiffs,<br><br>v.<br><br>TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF RANDY J. SPENCER**

TO THE CLERK OF THE ABOVE-NAMED COURT:

　　Please enter the appearance of Randy J. Spencer as counsel for the Defendant, Man Engines & Components, Inc., in the above-referenced matter.

MAN ENGINES & COMPONENTS, INC.
By its attorneys,

_____
Randy J. Spencer, BBO No. 653879
HERMES, NETBURN, O'CONNOR
　& SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA  02109-5407
(617) 728-0050 - Telephone
(617) 728-0052 – Facsimile

Dated:  September 20, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I served the foregoing document by first class mail, postage prepaid, upon the following counsel of record:

Joseph P. Crimmins
Jennifer L Finger
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199

Howard Brown
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110

Richard J. Shea
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109

Francis J. Lynch, III
J. Gary Bennett
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375

Michael O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156

_____
Randy J. Spencer

G:\DOCS\RJS\Man Engine\Daley\Pleadings\Notice of Appearance - RJS.doc