UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10720RWZ

| | |
|---|---|
| WAYNE DALEY, ) | |
| NADINE DALEY and ) | |
| MDL FISHING, LLC, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | |
| ) | |
| TWIN DISK, INC. ) | |
| MANN ENGINES AND ) | |
| COMPONENTS, INC., OCEAN ) | |
| YACHTS, INC. and ) | |
| PERFORMANCE DIESEL, INC., ) | |
| ) | |
| Defendants ) | |

**DEFENDANT PERFORMANCE DIESEL, INC.'S EXPERT WITNESS DISCLOSURE
PURSUANT TO FED. R. CIV. P. 26(a)(2)**

(1)     The defendant Performance Diesel, Inc. states that Brent Wagner, Chief Operating Officer of Performance Diesel, Inc. is expected to provide expert testimony at the trial of this case.

Mr. Wagner has held the position of Chief Operating Officer for the past two years. Prior to that time, he served as a general manager for Performance Diesel, Inc. for a period of 14 years. Mr. Wagner was trained as a technician while with the coastguard. Also, he has received a bachelor of science degree from the University of Houston.

Mr. Wagner is expected to testify that Performance Diesel, Inc. is a distributor for Mann Engines and Components, Inc. Performance receives vessel engines from Mann and then usually takes the following steps. First, Performance installs brackets on the side of the engine so the engine can eventually be mounted to the boat walls. Also, Performance Diesel then purchases a transmission from a manufacturer and then bolts the transmission onto the engine. Performance Diesel then ships the unit to Ocean Yacht, Inc. and Ocean Yacht then mounts the engine to the walls, or "stringers".

Mr. Wagner is expected to testify that the problems experienced by the plaintiffs in this case had nothing to do with the work performed by Performance Diesel employees or agents. After receiving complaints from the plaintiffs, Performance Diesel employees worked on the vessel on approximately six occasions. In performing that work, Performance Diesel employees provided new "isolators or cushies" and also did some engine work. Mr. Wagner will explain that Performance Diesel's involvement with production of the plaintiffs' vessel is limited and the work provided by Performance Diesel employees has no relation to the plaintiff's complaints.

Mr. Wagner is further expected to testify in accordance with his correspondence of November 24, 2003, to the plaintiffs, a copy of which is attached. This correspondence discusses in detail the findings that were made at that time concerning the plaintiffs' vessel and also provides recommendations pertaining to specific problems.

(2)  The basis of the opinions offered by Mr. Wagner rests with his dealings with the plaintiffs, his investigations of those complaints and his communications with other Performance Diesel, Inc. employees as to their investigation of the alleged problems. Mr. Wagner's opinions will also be based upon his years of experience and training as a technician.

(3)  As to exhibits and sources of information referenced at trial, please see the attached correspondence of November 24, 2003. Also, Performance Diesel, Inc. reserves the right to refer to all business records that were previously produced to the parties in this action.

(4)  As to qualifications and expertise, please see the preceding section number 1.

(5)  Mr. Wagner will not be receiving additional compensation other than his salary from Performance Diesel, Inc.

(6)  Mr. Wagner has not previously testified as an expert witness.

/s/
_____
Francis J. Lynch, III  BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant, Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ J. Gary Bennett
_____
J. Gary Bennett

# AFFIDAVIT OF SERVICE

I, J. Gary Bennett, do hereby certify that on this 7th day of March, 2006, I served a copy of the foregoing document by mailing first class mail to all counsel of record: Joseph Crimmins, Esq., POSTERNAK, BLANKSTEIN & LUND, LLP, Prudential Tower, 800 Boylston Street, Boston, MA  02199, Howard Brown, Esq., BARTLETT, HACKETT, FEINBERG, PC, 10 High Street, Suite 920, Boston, MA  02110 and to Megan E. Kures, Esq., MELICK, PORTER, & SHEA, LLP, 28 State Street, Boston, MA  02109-1775. and John R. Felice, Esq., Hermes, Netburn, O'Connor & Spearing, P.C., 111 Devonshire Street, Eighth Floor, Boston, MA  02109.

1. Defendant Performance Diesel, Inc.'s Expert Witness Disclosure Pursuant to Fed. R. Civ. P. 26(a)(2).

_____
J. Gary Bennett, BBO 037 630



# PERFORMANCE DIESEL, INC.

12130 Galveston Road, Building 3
Webster, Texas 77598
281-464-2345 • Fax (Office) 281-464-8765
Fax (Parts & Service) 281-464-8754



Nov 24, 2003

Wayne Daley
27 Trayer Road
Canton, MA 02021

Re: Stbd MAN Engine Vibrations MY DEE LITE

Dear Wayne,

Regarding the recent visit[s] to your boat MY DEE LITE by Lloyd and Scott of Ocean Yachts, we have the following observations and remarks:

1. One of the observations relayed to us by Dan Macri of MAN Engines & Components from his visit to the boat was that the isolator mounts were not evenly loaded. In other words, some isolators were carrying more of the engine load than were others, and this situation was contributing to vibrations.

Lloyd measured the distance from the isolator cap to the isolator base on all [6] of the mounts on the stbd engine [this is the accepted method for checking the isolator loading]. With the exception of the forward isolators, all measurements were relatively equal at approximately 10mm. The fore and aft positioning on the stringer of the forward inboard isolator is not correct with regard to the engine bracket causing it to angle forward slightly. The distance measurements on this isolator are 8mm forward and 12-13mm aft. Trelleborg indicates this condition is not desirable but is acceptable. I will cover the issue with the forward outboard isolator later. After placing a call to the engineer for Trelleborg [manufacturer of the isolators] and relating the measurements, Trelleborg agreed that the isolators were evenly loaded and no further adjusting was necessary.

2. The vibration analysis done during Dan's visit indicated 2nd order [twice engine RPM] vibration 'spikes' at the idle speeds, in gear, on both engines. These 'spikes' disappeared as soon as the engine speed increased only slightly above idle. During your discussion with Lloyd and Scott concerning this issue, you indicated that while the idle vibration was noticeable, increased throttle easily corrected the condition and other vibrations were your main concern. Additionally, you indicated you did not want the idle speeds increased to help the situation as you needed the lower idle RPM for maneuvering. Therefore, we will not be adjusting the idle RPM's.

3. The shore hardness of the isolators is 55 for the [4] rear units and 65 for the [2] front units. The engines shipped with 75's in the front. I do not have records indicating

the front change from 75 to 65; however, I believe we supplied the 65's during some of your transmission problems. Trelleborg and MAN continue to recommend 75 shore hardness for the front and 55 for the rear. At one time, we intended to change the front isolators to 55 shore hardness and shipped to you [Mar 21, 2002] eight new 55 isolators. Again, I am without notes or records to support the reason for [8] isolators; however, I assume we intended to replace all [6] of the stbd isolators and the [2] front isolators on the port engine. We do not know what became of these.

Lloyd indicated you requested the installation of 55's in the front. We do not recommend this as 75's are the specified shore hardness. We might possibly create other problems even if the change succeeds in reducing the vibrations. Based on our current observations, we feel it is unlikely to have an effect on the noticeable vibrations.

4. Lloyd checked engine alignment and found 0.0015" all the way around the shaft flange. This is well within the acceptable range.

5. You indicated that the RPM range at which the vibrations are most noticeable is approximately 900-1100. Lloyd and Scott witnessed some vibrations in this area; however, the sea water and ambient temperatures were quite low and you indicated the problem worsens with ambient and engine temperatures.

6. The stbd outboard stringer top is not parallel to the engine mounting bracket. This situation causes the isolator to sit at an angle [to the outboard] with respect to the engine bracket, and the isolator adjusting stud position is against the inboard side of the slotted hole in the engine bracket. This puts the isolator 'in a bind' and possibly defeats its isolation capabilities.

9. The positioning of the stbd rear inboard isolators on the stringer is not correct. Both isolators hang over the edge of the stringer to the inboard side approximately 1". There is evidence on the paint of the stringer that these isolators have moved approximately ¼' of this distance since installation.

10. Fuel slicking is occurring on the stbd engine during idle conditions.

Recommendations:

1. Correct the positioning of the stbd outboard isolator.

2. Correct the positioning of the stbd inboard rear isolators.

3. Have the injectors tested and or replaced on the stbd engine, along with checking and or resetting valve lash, to correct the idle slicking. We feel that it is possible, but not likely, that this condition contributes to the subject vibration at 900-1100 RPM.

Ocean Yachts is coordinating the scheduling of first [2] recommendations. With regard to the third recommendation, MAN recommends in the maintenance schedule to check all injectors at 1200 hours of operation or every [2] years, whichever comes first. For this reason, MAN will not cover the cost of this operation. In order to eliminate every item that may contribute to the vibration, we feel it is important to include this operation along with the first [2] recommendations.

There is, of course, no guarantee that these repairs will solve the problem. As you are probably well aware, vibrations issues are very complex and involve a large amount of variables. We must start with those that are obvious and work toward those that may not be obvious. We certainly hope that completing these three items will make the boat acceptable to you and any prospective buyer. If it does not, we will have to proceed with additional, and more complex, troubleshooting procedures.

Regards,

Brent Wagner

Cc:  Arno Farber, MAN Engine & Components, Inc.
     Malcolm Phillips, Performance Diesel, Inc.
     Scott Crawiec, Ocean Yachts, Inc.