UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, <br> NADINE DALEY and <br> MDL FISHING LLC <br><br> V. <br><br> TWIN DISC, INC. <br> MANN ENGINES AND <br>   COMPONENTS, INC. <br> OCEAN YACHTS, INC. and <br> PERFORMANCE DIESEL, INC. <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter my appearance, in addition to the appearance of Joseph P. Crimmins, on behalf of the above-captioned plaintiffs.

Respectfully submitted,

/s/ Joseph W. Corrigan
Joseph P. Crimmins, BBO # 556582
Joseph W. Corrigan, BBO # 647393
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:   617-973-6100
Fax:   617-722-4915
jcrimmins@pbl.com
jfinger@pbl.com

## CERTIFICATE OF SERVICE

I, Joseph W. Corrigan, hereby certify that on this 7th day of March, 2006, I caused a copy of the above **Notice of Appearance** to be **mailed and emailed** to:

Michel O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL  33156
Tel:    (305) 670-3820
Fax:    (305) 670-8230
moweisz@aol.com

Howard Brown, BBO #
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA  02110
Tel:    (617) 422-0200
Fax:    (617) 422-0383
hmb@bostonbusinesslaw.com

Francis J. Lynch, III, BBO #
J. Gary Bennett, BBO #
Lynch & Lynch
45 Bristol Drive
South Easton, MA  02375
Tel:    (508) 230-2500
Fax:    (508) 230-2510
gbennett@lynchlynch.com

Richard J. Shea, BBO #
Megan Kures
Melick Porter & Shea
28 State Street, 22nd Floor
Boston, MA  02108
Tel:    (617) 523-6200
Fax:    (617) 617-523-8130
rshea@melicklaw.com
mkures@melicklaw.com

/s/ Joseph W. Corrigan
Joseph W. Corrigan
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100