**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Civil Action No. 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, | ) |
| NADINE DALEY and | ) |
| MDL FISHING LLC | ) |
| | ) |
| V. | ) |
| | ) |
| TWIN DISC, INC. | ) |
| MANN ENGINES AND | ) |
| COMPONENTS, INC. | ) |
| OCEAN YACHTS, INC. and | ) |
| PERFORMANCE DIESEL, INC. | ) |
| Defendants. | ) |

**PROPOSED SCHEDULE TO BE CONSIDERED**
**AT THE FURTHER SCHEDULING CONFERENCE OF**
**MARCH 8, 2006 SUBMITTED BY PLAINTIFFS AND DEFENDANTS,**
**OCEAN YACHTS, INC., MAN ENGINES AND COMPONENTS, INC., AND**
**PERFORMANCE DIESEL, INC.[1]**

The above-named parties jointly request that the Court consider the following proposed scheduled:

1.      Discovery to be continued until April 28, 2006, to allow the parties to take several depositions noticed, but not yet taken. Expert discovery to be continued until June 9, 2006, with plaintiffs disclosing expert report by that date, and defendants to have until June 24, 2006. The parties anticipate a sea trial of the yacht which cannot be conducted until after the yacht is out of dry dock. It is expected the yacht will be launched in the middle of May, 2006. There is also a pending unopposed motion to amend the complaint to allow the plaintiffs to assert c. 93A claims which was filed with the Court on July 22, 2005.

---

[1] Defendant Twin Disc, Inc. is not joining in the proposed schedule, but is not opposing the proposed schedule.

ID # 462974v01/14236-2/ 03.07.2006

2.     Summary judgment motions to be filed July 6, 2006, and oppositions to be filed August 4, 2006.

3.     A hearing on the motions for summary judgment to be held at the Court's convenience during the first two weeks of September.

4.     A final pretrial conference to be held at the Court's convenience in October, 2006.

5.     Trial to be held at the Court's convenience in November, 2006.

WAYNE DALEY, NADINE DALEY AND
MDL FISHING, LLC
By their attorneys,


_____/s/ Joseph P. Crimmins_____
Joseph P. Crimmins, BBO # 556582
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:      617-973-6100
Fax:    617-722-4915
jcrimmins@pbl.com

OCEAN YACHTS, INC.,                         OCEAN YACHTS, INC.,
By its attorneys,                                   By its attorneys,


_____/s/ Michael S. Weisz_____        /s/Howard Brown_____
Michel O. Weisz                                    Howard Brown, BBO #
Segredo & Weisz                                   Bartlett Hackett Feinberg, P.C.
Suite 1500                                           155 Federal Street, 9th Floor
9350 South Dixie Highway                      Boston, MA  02110
Miami, FL  33156                                  Tel:     (617) 422-0200
Tel:    (305) 670-3820                           Fax:    (617) 422-0383
Fax:    (305) 670-8230                           hmb@bostonbusinesslaw.com
moweisz@aol.com

PERFORMANCE DIESEL, INC.,                TWIN DISC, INC.,
By its attorneys,                        By its attorneys,


 /s/Francis J. Lynch                          /s/Richard J. Shea
Francis J. Lynch, III, BBO #             Richard J. Shea, BBO #
J. Gary Bennett, BBO #                   Megan Kures
Lynch & Lynch                            Melick Porter & Shea
45 Bristol Drive                         28 State Street, 22nd Floor
South Easton, MA  02375                  Boston, MA  02108
Tel:    (508) 230-2500                   Tel:    (617) 523-6200
Fax:    (508) 230-2510                   Fax:    (617) 617-523-8130
gbennett@lynchlynch.com                  rshea@melicklaw.com
                                         mkures@melicklaw.com


MAN ENGINES AND COMPONENTS, INC.,
By its attorneys,



      /s/   Randy J. Spenser
Randy J. Spencer, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street, 8th Floor
Boston, MA  02109
Tel:    (617) 728-0050
Fax:    (617) 728-0052
rspencer@hnso.org


ID # 462974v01/14236-2/ 03.07.2006