<u>UNITED STATES DISTRICT COURT</u>
<u>DISTRICT OF MASSACHUSETTS</u>

CIVIL ACTION NO. 05-10720RWZ

| | |
|---|---|
| WAYNE DALEY, ) | |
| NADINE DALEY and ) | |
| MDL FISHING, LLC, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| vs. ) | **ANSWER OF THE DEFENDANT,** |
| ) | **PERFORMANCE DIESEL, INC., TO** |
| TWIN DISK, INC. ) | **THE PLAINTIFFS' AMENDED COMPLAINT** |
| MANN ENGINES AND ) | |
| COMPONENTS, INC., OCEAN ) | |
| YACHTS, INC. and ) | |
| PERFORMANCE DIESEL, INC., ) | |
| ) | |
| Defendants ) | |

Now comes the defendant, Performance Diesel, Inc., and in response to plaintiffs' amended complaint by the counts and paragraphs numbered herein, says:

1. The defendant admits this allegation.
2. The defendant is without sufficient knowledge to admit or deny this allegation.
3. The defendant admits this allegation.
4. The defendant admits this allegation.
5. The defendant admits this allegation.
6. The defendant admits this allegation.
7. The defendant denies this allegation in this form.
8. The defendant denies these allegations in this form.
9. The defendant admits this allegation.
10. The defendant is without sufficient knowledge to admit or deny these allegations.
11. The defendant is without sufficient knowledge to admit or deny these allegations.
12. The defendant is without sufficient knowledge to admit or deny this allegation.

13. The defendant denies these allegations in this form.
14. The defendant denies these allegations.
a.) The defendant is without sufficient knowledge to admit or deny these allegations.
b.) The defendant is without sufficient knowledge to admit or deny these allegations.
c.) The defendant is without sufficient knowledge to admit or deny these allegations.
d.) The defendant is without sufficient knowledge to admit or deny these allegations.
e.) The defendant is without sufficient knowledge to admit or deny these allegations.
f.) The defendant is without sufficient knowledge to admit or deny these allegations.
15. The defendant denies this allegation.
16. The defendant denies these allegations.

## COUNT I

17. The defendant repeats and reavers its responses to paragraphs 1 through 16 the same as if fully written herein.
18. The defendant denies these allegations.
19. The defendant denies this allegation.
20. The defendant denies this allegation.
21. The defendant denies this allegation.
22. The defendant denies this allegation.

## COUNT II

23. The defendant repeats and reavers its responses to paragraphs one through 22, the same as if fully written herein.
24. The defendant denies this allegation.
25. The defendant denies this allegation.

And further answering in the affirmative, the defendant, Performance Diesel, Inc., says:

1. The plaintiffs' complaint fails to state a cause of action for which relief may be granted.

2. If, in fact, the defendant owed the plaintiffs anything, which it denies, the same has been satisfied in full.
3. The plaintiffs' action is not timely and is barred by those statutes dealing with the limitation of actions.
4. The plaintiffs have failed to meet those statutory requirements prerequisite to maintain this action.
5. The defendant did not enter into a contractual relationship with the plaintiffs.
6. Neither the defendant, nor its servants, employees, agents or representatives or officers have engaged in any unfair or deceptive act or practice, or violation of M.G.L. c. 93A.

The defendant, Performance Diesel, Inc., demands a trial by jury as to all triable issues.

/s/

_____
Francis J. Lynch, III  BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

**AFFIDAVIT OF SERVICE**

I, J. Gary Bennett, do hereby certify that on this 7th day of April, 2006, that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/

_____
J. Gary Bennett