UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC, <br> Plaintiffs, <br> v. <br> TWIN DISK, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC. <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **05-cv10720-RW2** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw the appearance of **Randy J. Spencer**, as counsel for the Defendant, Mann Engines and Components, Inc. ("Mann Engines").

**Peter G. Hermes,** of Hermes, Netburn, O'Connor & Spearing, P.C. will continue to represent the Defendant, Mann Engines.

/s/ Randy J. Spencer
_____
Randy J. Spencer, BBO No. 653879
HERMES, NETBURN, O'CONNOR
  & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 - Telephone
Dated:  July 21, 2006         (617) 728-0052 – Facsimile