UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WAYNE DALEY, NADINE DALEY, )
and MDL FISHING LLC, )
    Plaintiffs, )
                              )     CIVIL ACTION No. 05-10720-RWZ
v. )
                              )
TWIN DISC, INC., MANN ENGINES )
AND COMPONENTS, INC., OCEAN )
YACHTS, INC., and PERFORMANCE )
DIESEL, INC., )
    Defendants. )

## OCEAN YACHTS, INC.'S ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Defendant Ocean Yachts, Inc., by and through counsel, answers Plaintiffs' Amended Complaint as follows:

1. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 1.

2. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 2.

3. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 3.

4. Defendant Ocean Yachts, Inc. admits the allegations of paragraph 4.

5. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 5.

6. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 6.

7. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 7.

8. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 8.

9. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 9.

10. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 10, except that Ocean Yachts, Inc. specifically denies that it made any representations to Plaintiff.

11. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 11.

12. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 12, except that Ocean Yachts, Inc. specifically denies that Ocean Yachts, Inc. provided any warranties with respect to the engines or transmissions.  Ocean Yachts further states that it specifically disclaimed any warranties with respect to all components not manufactured by it, including the engines and transmissions.

13. Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 13, except that Ocean Yachts, Inc. specifically denies that it made any repairs to the engines or the transmissions or that Ocean Yachts made any representations concerning those components.

14. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14.

    (a)    Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14 (a).

    (b)    Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(b) .

    (c)    Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(c).

  (d) Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14(d).

  (e) Defendant Ocean Yachts, Inc. denies the allegations of paragraph 14(e).

  (f) Defendant Ocean Yachts, Inc. is without sufficient knowledge or information to form a belief as to the truth of the averments of paragraph 14(f).

15. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 15.

16. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 16.

## COUNT I

17. Defendant Ocean Yachts, Inc. incorporates by reference the answers to paragraphs 1 through 16 as though fully stated herein.

18. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 18.

19. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 19.

20. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 20.

21. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 21.

22. Defendant Ocean Yachts, Inc. denies the allegations of paragraph 22.

23. Count II of the Amended Complaint was dismissed by the Court's order and therefore no answer is required with respect to paragraphs 23-25.

24. Count II of the Amended Complaint was dismissed by the Court's order and therefore no answer is required with respect to paragraphs 23-25.

25. Count II of the Amended Complaint was dismissed by the Court's order and therefore no answer is required with respect to paragraphs 23-25.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

As a first affirmative defense, Ocean Yachts, Inc. states that all new Ocean yachts sold by and through its authorized dealers are subject to an express, written, limited warranty, the terms and provisions of which are binding on purchasers of the yacht. Any remedy, loss or damage claimed by Plaintiff is limited, excluded, or prohibited by the express terms of the written, limited warranty.

### Second Affirmative Defense

As a second affirmative defense, Ocean Yachts, Inc. states that Plaintiff's cause of action, if any, has lapsed by the passage of time and is barred by the applicable statute of limitation.

### Third Affirmative Defense

As a third affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claim if any is barred by the applicable statute of frauds with respect to any allegations of an oral agreement between Plaintiffs and Ocean.

### Fourth Affirmative Defense

As a fourth affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claims, if any, are barred by lack of privity.

### Fifth Affirmative Defense

As a fifth affirmative defense, Ocean Yachts, Inc. states that no contract was ever formed by and between Ocean Yachts, Inc. and Plaintiffs. There was no consideration paid by Plaintiff to Ocean Yachts, Inc., nor was there an offer and acceptance of any terms which were mutually agreed to by the parties. Moreover, there is a complete lack of mutuality to support any agreement.

### Sixth Affirmative Defense

As a sixth affirmative defense, Ocean Yachts, Inc. states that Plaintiff's claims, if any, are

barred by the applicable written, limited warranty issued by Ocean Yachts, Inc. Ocean Yachts, Inc. *inter alia* does not warrant or cover components not manufactured by it; the warranty is voided if the yacht is placed in commercial use; and the warranty specifically excludes damages for loss of use and/or consequential damages. The components alleged to be defective were not manufactured by Ocean Yachts Inc., and were covered by express warranties issued by others.

<u>Seventh   Affirmative Defense</u>

As a seventh affirmative defense, Ocean Yachts, Inc. states that venue is inappropriate in this jurisdiction insofar as Ocean Yachts, Inc. has no contacts with the state of Massachusetts, which would permit the exercise of *in personam* jurisdiction.  In addition, Plaintiff has made no allegations that any of the events, acts or occurrences giving rise to this action occurred in the Commonwealth of Massachusetts.  Plaintiffs' alleged residence in the Commonwealth of Massachusetts is insufficient to confer venue over this action.  Plaintiffs' complaint contains no allegations that any of the contracts were negotiated or formed in Massachusetts, nor does Plaintiffs' complaint allege that any of the repairs which allegedly formed the basis of any contract which is the subject of this action, were performed by Ocean Yachts Inc. in Massachusetts.

<u>Eighth   Affirmative Defense</u>

As an eighth affirmative defense, Ocean Yachts, Inc. states that Plaintiff fails to state a cause of action on behalf of MDL Fishing LLC insofar as there are no allegations concerning its relationship to the yacht.

<u>Ninth   Affirmative Defense</u>

As a ninth affirmative defense, Ocean Yachts, Inc. states that any deficiencies or defects in the yacht or its components may be the result of actions or inactions of the Plaintiffs, including

failure to maintain the yacht, failure to properly use the yacht, abuse of the yacht, or unknown causes such as sudden impacts.

### Tenth   Affirmative Defense

As a tenth affirmative defense, Ocean Yachts states that no one other than authorized representatives of Ocean Yachts can enter into an agreement that is binding on Ocean Yachts. Third parties, including all co-Defendants and their agents, have no authority to bind Ocean yachts in any way.

### Eleventh Affirmative Defense

As an eleventh affirmative defense, Ocean Yachts, states that Plaintiffs have suffered  no compensable damage as they did not pay for any repairs to the yacht.

### Twelfth   Affirmative Defense

As a twelfth affirmative Ocean Yachts Inc., states that the individual plaintiffs have no standing to bring this action.

### Thirteenth   Affirmative Defense

As a thirteenth affirmative defense, Ocean Yachts states that Plaintiffs' yacht has been repaired.

OCEAN YACHTS, INC.
By its attorney,


/s/Howard M. Brown
HOWARD M. BROWN
BBO #547948
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th floor
Boston, MA 02110
Tel. (617) 422-0200

                                    SEGREDO & WEISZ, P.A.
                                    9350 South Dixie Highway-Suite 1500
                                    Miami, Florida 33156
                                    (305) 670-3820 Telephone
                                    (305)670-8230 Facsimile

                                    By: /s/ Michel Ociacovski Weisz
                                    Michel Ociacovski Weisz, Esquire
DATED:September 20, 2006             Fla.Bar.No.: 336939