UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-10720 RWZ |

**DEFENDANT MANN ENGINES AND COMPONENTS, INC.'S
CONCISE STATEMENT OF MATERIAL FACTS
TO WHICH THERE IS NO GENUINE ISSUE**

Defendant MAN Engines & Components, Inc. ("MAN Engines"), incorrectly named as "MANN Engines and Components, Inc.," pursuant to LR 56.1, provides the following concise statement of the material facts of record to which it contends there is no genuine issue to be tried.[1]

1. In July, 1999, Plaintiff MDL Fishing, LLC ("MDL") purchased a 2000 Ocean 48' Super Sport Yacht (the "Yacht"). See Exhibits 1 – 2 to the Affidavit of Peter G. Hermes ("Hermes Affidavit"), which is filed herewith.

2. MDL is a Massachusetts Limited Liability Company organized on or about May 15, 1999. See Exhibit 3 to the Hermes Affidavit. Wayne Daley and Nadine Daley are co-equal

---

[1] The facts contained herein are admitted by MAN Engines for the sole purpose of consideration of MAN Engines' Motion for Summary Judgment, which is filed herewith, and are not admitted for any other purpose.

members of MDL.  <u>See</u> Deposition of Wayne Daley ("Daley Depo.") at p. 12, which is part of Exhibit 4 to the Hermes Affidavit.

3. Wayne Daley has never held title to the Yacht.  <u>See</u> Daley Depo. at pp. 11-13, which is part of Exhibit 4 to the Hermes Affidavit.  Nadine Daley has never held title to the Yacht.  <u>Id.</u>

4. The Yacht was equipped with two 800 horsepower model number D2848LE403 MAN marine diesel engines (the "Engines").  <u>See</u> Amended Complaint, ¶ 10; and Exhibit 5 to the Hermes Affidavit.

5. When purchasing the Yacht, MDL was offered a choice of engines manufactured by Detroit, Caterpillar and MAN Engines.  <u>See</u> Daley Depo. at p. 20.  Mr. Daley chose the two 800 horsepower MAN marine diesel engines because he wanted extra horsepower.  <u>Id.</u>  MAN Engines did not warrant or otherwise communicate to Plaintiffs that the Engines were compatible with the Yacht.  Rather, a representative of Ocean Yachts stated that they had been using such engines in different boats and had had good luck with them.  <u>See</u> Daley Depo. at p. 36.

6. Performance Diesel, Inc. ("Performance Diesel") purchased the Engines from MAN Engines in April, 1999.  <u>See</u> Exhibits A – C to the Affidavit of Clark Bruening ("Bruening Affidavit"), which is filed herewith.

7. MAN Engines did not provide the transmission, couplers or other parts that were incorporated into Yacht purchased by MDL.  <u>See</u> Bruening Affidavit, ¶ 7.  MAN Engines did not install the Engines, transmission, couplers, or any other parts on the Yacht.  <u>Id.</u>; and Daley Depo. at p. 40-1.  Performance Diesel positioned the Engines on the mounting brackets and installed the isolators.  <u>Id.</u>

8. The Yacht was commissioned on or about June 22, 1999. <u>See</u> Bruening Affidavit, ¶8. At that time, a representative of MAN Engines inspected the Yacht and prepared a Commissioning Report. <u>Id.</u>; and Exhibit D to the Bruening Affidavit.

9. The written warranty from MAN Engines regarding the Engines ("Limited Warranty") provided coverage for 24 months from the date of delivery to the original retail customer, or the date the engine was first put in use, whichever occurred first. <u>See</u> Exhibits E – G to the Bruening Affidavit. At the expiration of this initial warranty period, the Limited Warranty applied for an additional 36 months with respect to ten (10) specified major components of the engine. <u>Id.</u>

10. Plaintiffs claim that they took delivery of the Yacht on or about July 1, 1999. <u>See</u> Exhibit G to the Bruening Affidavit.

11. Within one year after purchasing the Yacht, MDL began to experience problems including, black smoke and soot in the transom and interior of the Yacht and excessive vibrations. <u>See</u> Amended Complaint, ¶ 11.

12. On or about September 15, 1999, Plaintiffs made a claim under the Limited Warranty, through a MAN Engines Authorized Service Dealer or Distributor, regarding the injection pump on the Engine positioned on the starboard side of the Yacht. <u>See</u> Bruening Affidavit, ¶ 12. The injection pump was removed and recalibrated, without charge to Plaintiffs. <u>Id.</u> This and all subsequent repair work performed on the Yacht by representatives of MAN Engines was performed pursuant to the terms of the Limited Warranty and at no cost to Plaintiffs. <u>See</u> Bruening Affidavit, ¶ 13.

13. In June, 2000, Plaintiffs noticed an exhaust smell and soot in the cabin and engine room of the Yacht. See Exhibit 5 to the Hermes Affidavit; and Daley Depo., pp. 202-4. In response, Plaintiffs contacted the local MAN Engines dealer. Id.

14. Beginning in the fall of 2000 and continuing through the summer of 2003, MAN Engines, Twin Disc, Ocean Yachts and Performance Diesel attempted on numerous occasions to repair the yacht. See Amended Complaint, ¶ 13.

15. On November 10, 2000, Plaintiffs noticed for the first time vibrations on the starboard side of the Yacht. See Exhibit 5 to the Hermes Affidavit; and Daley Depo., pp. 214.

16. Plaintiffs contend that before and during each purported repair, each of the defendants represented to the Daleys that the work to be done would solve the problems. See Amended Complaint, ¶ 13. Plaintiffs contend that the attempted repairs made the problems worse. See Amended Complaint, ¶ 14.

17. Other than the Limited Warranty, the only alleged agreement between MDL and MAN Engines was "what they told me they would fix that they never fixed." See Daley Depo. at 78.

18. Plaintiffs have never had a problem with the Engine positioned on the port side of the Yacht. See Daley Depo. at 76.

19. Plaintiffs acknowledge that MAN Engines does not have an obligation to repair problems with the Yacht unrelated to the operation of the Engines. See Daley Depo. at 80.

20. On or about January 11, 2005, Plaintiffs filed suit in the present matter in state court against Man Engines, Twin Disc, and Ocean Yachts. The case was removed to federal court on April 12, 2005.

**MAN ENGINES AND COMPONENTS, INC.**,
By its attorneys,

/s/ Peter G. Hermes
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

Dated: September 26, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2006,

/s/ Eric C. Hipp
Eric C. Hipp

G:\DOCS\ECH\Clients\MAN Engines\Daley 15760\Pleadings\Concise Statement of Material Facts to which there is no Genuine Issue.doc