UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>        Defendants. | Civil Action No. 05-10720 RWZ |

### AFFIDAVIT OF CLARK BRUENING IN SUPPORT OF MAN ENGINES AND COMPONENTS, INC.'S COMPANY'S MOTION FOR SUMMARY JUDGMENT

I, Clark Bruening, on oath depose and state as follows:

1. I am currently employed by MAN Engines & Components, Inc. ("MAN Engines") as Director of Engine Operations.

2. The facts set forth below are true, accurate and complete, based either upon my personal knowledge or my information and belief, formed after inquiry into these facts. To the extent based upon my information and belief, I believe all facts set forth below are true.

3. In my position as Director of Engine Operations, I direct the operations of the Warranty Administration Department and the Engine Packaging Department. In my previous position as Director of Service and Administration, I also directed the operations of the Warranty Administration Department. I have been employed at MAN Engines for the past six years. During the past three years, I served as either Director of Service and Administration or Director of Engine Operations.

4. Attached hereto as Exhibit A is a copy of the Purchase Order Form from Performance Diesel, Inc. ("Performance Diesel") to MAN Engines regarding the two 800 horsepower model number D2848LE403 MAN marine diesel engines ("Engines") that were incorporated into 2000 Ocean 48' Super Sport Yacht (the "Yacht") purchased by MDL Fishing, LLC ("MDL").

5. Attached hereto as Exhibit B is a copy of the Invoice to Performance Diesel for the Engines.

6. Attached hereto as Exhibit C is a copy of the Bill of Lading showing delivery of the Engines from MAN Engines to Performance Diesel.

7. MAN Engines did not provide the transmissions, couplers or other parts that were incorporated into Yacht purchased by MDL. MAN Engines did not install the Engines or any other parts on the Yacht. Performance Diesel positioned the Engines on the mounting brackets and installed the isolators.

8. The Yacht was commissioned on or about June 22, 1999. At that time, a representative of MAN Engines inspected the Yacht and prepared a Commissioning Report, a copy of which is attached hereto as Exhibit D.

9. Attached hereto as Exhibit E is a copy of the Limited Warranty ("Limited Warranty") that covered the Engines.

10. Attached hereto as Exhibit F is a Warranty and Registration Overview regarding the Limited Warranty.

11. Attached hereto as Exhibit G is a copy of the Registration Form submitted regarding the Limited Warranty.

12. On or about September 15, 1999, Plaintiffs made a warranty claim, through a MAN Engines Authorized Service Dealer or Distributor, regarding the injection pump on the Engine positioned on the starboard side of the Yacht. The injection pump was removed and recalibrated, without charge to Plaintiffs.

13. All of the subsequent repair work performed on the Yacht by representatives of MAN Engines was performed pursuant to the terms of the Limited Warranty and at no cost to Plaintiffs.

14. Attached hereto as Exhibit H is a copy of a letter dated January 4, 2004 received by MAN Engines from Wayne Daley.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26th DAY OF SEPTEMBER, 2006.

/s/ Clark Bruening
Clark Bruening

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2006.

/s/ Eric C. Hipp
Eric C. Hipp

G:\DOCS\ECH\Clients\MAN Engines\Daley 15760\Pleadings\Affidavit of Clark Bruening.doc

# MAN MARINE ENGINE
# PURCHASE ORDER FORM

*# Change sumps*

**Distributor Name:** Performance Diesel, Inc.    **Distributor Signature:** _[signature]_

**Purchase Order #:** XM15353S

**Customer Name:** Ocean
**Address:**

**Delivery Date to Distributor:** 12-Apr-99    **Delivery Date to Customer:** 10-May-99

**Quantity:** 2

**Engine Model Number:** D2848LE403
   **HP:** 800
   **RPM:** 2300

**Oil Sumps:**    [ ] Deep    [x] Shallow    [ ] 30 Degree

**Accessories:** 12V Starters

**PRICE PER ENGINE:** $41,436.00    **Discount:**

**TOTAL:** $82,872.00

**Payment Terms:**    [X] Standard    [ ] Requested Terms of _____ Days after Delivery from MAN Engines & Components, Inc. (Requires confirmation by MEC).

C.O.D.

**Work #:** 542 6886
**Engine #:** ~~433-9001 188~~ F1809 A501

# MAN Engines & Components Inc.

595 SW 13th Terrace
Pompano Beach, Florida 33069-3520



ORIGINAL INVOICE NO. P21093

DATE 04/13/1999

***** COMMERCIAL INVOICE *****

| SOLD TO | SHIP TO |
|---|---|
| PERFORMANCE DIESEL INC.<br>1906 MARVIN CIRCLE<br>SEABROOK, TX 77586 | PERFORMANCE DIESEL INC.<br>1906 MARVIN CIRCLE<br>SEABROOK, TX 77586 |

| Your P.O. Number & Date | Date Shipped | Via | Pd. | Col. | Terms: |
|---|---|---|---|---|---|
| XM15353S | 04/09/1999 | GATEWAY |  | X | COD |

| Quantity Shipped | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | MAN MARINE DIESEL ENGINES | 41436.00 | 82872.00 |
|  | LESS COD DISCOUNT |  | - 1657.44 |
|  | INVOICE TOTAL | $ | 81214.56 |

MODEL # D2848LE403
ENGINE NO. 433 9001 188 A301   ENGINE NO. 433 9001 189 A301

W 542 6886   OCEAN

PAYABLE TO MAN ENGINES & COMPONENTS INC.

*[signature]*

NO MATERIAL MAY BE RETURNED WITHOUT PRIOR AUTHORIZATION

ORIGINATOR

**ALTERNATE STRAIGHT BILL OF LADING—SHORT FORM—ORIGINAL—NOT NEGOTIABLE**

| Name of Carrier: Gateway | Carrier's No. | Date 4/9/99 | Shipper No. |

TO Consignee: Performance Diesel Inc.
Street: 1906 Marvin Circle
Destination: Seabrook, TX  Zip Code 77586

FROM Shipper: MAN Engines + Components Inc.
595 SW 12th Terrace
Pompano Beach, FL 33069

Emergency Response Phone No. 800-626-2842

| No. Shipping Units | Kind of Package, Description of Articles, Special Marks and Exceptions | Weight (Sub to Cor) | Rate | Charges |
|---|---|---|---|---|
| 2 | 1) 2866 LE405  3918991 035/3918986 049 A301  MAN Marine Engines  W 542 564 | 8200 | | |
| 2 | D2840LE401  473 9087 169+170 A301  MAN Marine Engines  W 542 867 | 7800 | | |
| 2 | D2840LE401  473 9088 040+169 A301  MAN Marine Engines  W 542 868 | 7800 | | |
| 2 | D2848LE403  433 7061 168+167 A301  MAN Marine Engines  W 542 686 | 6950 | | |
| 3 | Boxes Parts | 640 | | |

Seal # 508649

Date 4/9/99

| | **Commissioning Report for Marine Diesel Engines** | Sheet 1 of 5 |
|---|---|---|
| Werk Nürnberg | Workshop / Commissioning by: | Order No.: 542686 |

| Engine model: D2848LE403 | Engine no. port side: 4339001184A301 | Engine no. starboard side: 4339001185A301 |
|---|---|---|
| Boat name: My Dee Lite | Power rating: kW    rpm | Application: Sport Fish Boat |

## I. General Boat Data

| Boat builder: Ocean | Boat build no. 48-139 | Boat type: Sport Fish Boat |
|---|---|---|
| 1.1 Main Data | LOA / LWL: 48'8" | Beam: 16'    Draught: 4'22" |

| | Maximum | As tested |
|---|---|---|
| Dry weight | 45000 | |
| Fuel | 685 | 685 |
| Water | 150 | 150 |
| People | | 8 |
| Extras | | |
| Ballast | | |
| TOTAL | | |

**Boat must be ballasted to simulate full load**

Please fill in measured data Hb, Hs, Hm, V and describe reference point
Please show in boat sketch position of ballast (identify with x)

| Hb: | Hs: | Hm: | V: | reference: |
|---|---|---|---|---|

| 1.2. | Type of drive engine - gearbox: | [X] flanged on | [ ] free standing | [ ] with coupling |
|---|---|---|---|---|
| 1.3. | Engine mounting: | [ ] rigid  [X] flexible.  Make / type: Cushy Float | | |

| 1.4. | Gearbox Detail: | Port Side | Starboard Side |
|---|---|---|---|
| | Make / model / ratio: | twin disc-MC-5114-A 1.75.1 | twin disc MC-5114-A 1.75.1 |
| | Serial number: | SFP-707 | 5FR848 |

| 1.5. | Coupling make / model / no.: | | |
|---|---|---|---|

| 1.6. | Layout of cardanshaft drive: | [ ] W-Type | If possible, determine angles α, β, γ according to "VET-N Commissioning Manual": |
|---|---|---|---|
| | | [ ] Z-Type | α |
| | | [ ] not applicable | β |
| | | | γ |

| 1.7. | Propulsion system: | [X] fixed | [ ] Jet | [ ] surf. piercing | [ ] other: |
|---|---|---|---|---|---|
| 1.8. | Engine controls: | [X] Cable | [ ] Electronic governor | [ ] Hydraulic | |
| 1.9. | Comments: | Manufacturer: | | | |
| | | Type of controller: Glen Denning | | | |
| | | Type of actuator: Electronics-cable | | | |

Form V.5579.N - 07.96 / US 05.97



**Werk Nürnberg**

**Commissioning Report for Marine Diesel Engines**

Sheet 2 of 5
Order No.:

## II. Engine Installation Checks

| # | Item | Value |
|---|---|---|
| 2.1. | Type of oil sump | ☐ deep  ☒ shallow  ☐ other: 20L   min./max. capacity: 24 ltr. |
| 2.2. | Oil dipstick marked ? | ☐ no  ☐ by MAN  ☐ by shipyard  ☒ by someone else: PDI |
| 2.3. | Type / viscosity of oil: Texaco Vrsa Super 40 | approved by MAN  ☒ yes  ☐ no |
| 2.4. | Antifreeze / conc.: Texaco Premixed | approved by MAN  ☒ yes  ☐ no |
| 2.5. | Corrosion inhibitor / conc.: | approved by MAN  ☐ yes  ☒ no |
| 2.6. | Oil filter type: | ☐ single  ☒ double  ☐ changeover |
| 2.7. | Oil filter remote: | ☐ no  ☒ yes, pipe length (one way) is 1 m, inner Ø is 4' mm |
| 2.8. | Power take-off: | ☒ no  ☐ yes, state which: |
| 2.9. | Additional V-belt pulley: | ☒ no  ☐ yes, state which: |
| 2.10. | Additional accessories (not MAN scope of supply) / type and manufacturer: | Alt Leece-Neville |

Please enclose photo or drawing of above if applicable.

**2.11. Serviceability** (only to be rated by MAN Approved Commissioning Engineer)

|  | poor | adequate | excellent | Score: |
|---|---|---|---|---|
| Daily maintenance: | 1 | 2 | 3 |  |
| Annual service: | 1 | 2 | 3 |  |
| Engine removal: | 1 | 2 | 3 | 7 |
|  |  |  | Total Score: |  |

**2.12. Check:** ( mark ☒ if done and o.k., explain when not. )

- ☒ Stop solenoid adjustment / function
- ☒ low idle setting @ injection pump
- ☒ injection pump lever reaches max. position
- ☒ V-belt tension
- ☒ Crankshaft axial clearance
- ☒ Position, direction and design of seawater scoop (pls. enclose photo if possible)

## III. Air Intake System Details

| # | Item | Value |
|---|---|---|
| 3.1. | Air filter type / make / model / size (MAN part no. ?) | K&N |
| 3.2. | Air filter intake | ☒ from engine room  ☐ external, with pipe of ___ m length and ___ mm Ø |
| 3.3. | Arrangement of air intake according to Installation Manual | ☒ o.k.  ☐ not acceptable |
| 3.4. | Engine room ventilation | (refer to installation Manual and limit values)  ☒ o.k.  ☐ not acceptable |

Form V.5579.N - 07.96 / US 05.97

**MAN** Werk Nürnberg

## Commissioning Report for Marine Diesel Engines

Sheet 3 of 5
Order No.:

### IV. Fuel System Details

| | | | |
|---|---|---|---|
| 4.1. | Fuel filter | [X] standard | [ ] changeover  [ ] remote |
| 4.2. | Pre-filter / Water separator: | [ ] no | [X] yes. Make / model / capacity (ltr./min.): Racor 1000 MFG |
| 4.3. | Additional fuel lift pump | [X] no | [ ] yes. Make / model / capacity (ltr./min.): |
| 4.4. | Fuel cooler ? | [X] no | [ ] yes. Make / model / capacity (ltr./min.): [ ] in feed line  [ ] in return line |
| 4.5. | Length of fuel pipe from tank to engine: | 2 m | Lift of line: -.3 m |
| 4.6. | Internal diameter of fuel pipes: | feed 3/4" mm | return 1/2" mm |

### V. Exhaust Gas System Details

| | | | |
|---|---|---|---|
| 5.1. | Water injection installed ? | [ ] no | [X] yes, Manufacturer: Marine Exhaust System |
| 5.2. | Expansion joints installed ? | [X] no | [ ] yes, Installation length: mm |
| 5.3. | Exhaust gas pipe. Dry part has a length of approx. | 3' m | and a diameter of approx. 8" mm |
| | Wet part has a length of approx. | 16' m | and a diameter of approx. 8" mm |
| 5.4. | Manufacturer / Type of silencer / muffler: | | |
| 5.5. | Exhaust outlet is | [X] above | [ ] below water line. If so, Bypass is [ ] installed  [ ] not installed |
| 5.6. | Exhaust system layout according to Installation Manual | | [X] o.k.  [ ] not acceptable |

### VI. Cooling System Basic Data

| | | | |
|---|---|---|---|
| 6.1. | Cooling water preheating: | [ ] no | [X] yes, type / model: Kim Hotstart 1000 Watts |
| 6.2. | Engine water supply to water heater ? | [X] no, go to next page | [ ] yes, state what for: |
| 6.3. | Heat demand: | | |
| 6.4. | Feed diameter mm  Return diameter mm | | |
| 6.5. | Heater is located: m above / below connection to engine (please mark) | | |
| 6.6. | Piping consists of: | [ ] rubber  [ ] steel | [ ] copper  [ ] other: |
| 6.7. | Piping arrangement: | [ ] o.k. | [ ] modifications required (ref. VIII.): |
| 6.8. | Bleeding screws fitted / accessible ? | [ ] yes  [ ] no | |
| 6.9. | Shut-off valves fitted at engine ? | [ ] yes  [ ] no  (not allowed !!) | |
| 6.10. | System safely withstands a pressure of bar (has to be at least 4 bar; see plate on water heater) | | |

Form V 5579 N - 07.96 / US 05.97

**MAN**
Werk Nürnberg

**Commissioning Report for Marine Diesel Engines**

Sheet 4 of 5
Order No.:

| | | | | | |
|---|---|---|---|---|---|
| 6.11. | Raw water pump type: | [X] impeller- | [ ] centrifugal pump | [ ] with bilge pump | [ ] bilge pump also used for engine cooling |
| 6.12. | Description / MAN part no. | MAN-Johnson | | | |
| 6.13. | Suction height: .3 m | Shutoff valve fitted ? | [X] yes | [ ] no | (pls. enclose details if possible) |
| 6.14. | Seawater filter fitted ? Scoop | | [X] yes | [ ] no | (pls. enclose details if possible) |
| 6.15. | Seawater pipe to engine | Port Side | | Starboard Side | |
| | Length / internal diameter: | .5 m    75 mm | | .5 m    75 mm | |
| | Arrangement of seawater pipe | [ ] o.k. | [ ] not o.k. | [ ] o.k. | [ ] not o.k. |
| 6.16. | Seawater chest with deaeration ? | | [ ] yes | [ ] no | (not allowed !!) |
| 6.17. | MAN marine standard cooling system ? | | [X] yes | [ ] no (please answer additional **sheet c**) | |

## VII. Electrical Equipment Details

| | | | | |
|---|---|---|---|---|
| 7.1. | Function of alternator / pilot light installed ? | [ ] no | [X] yes, works | [ ] not acceptable |
| 7.2. | Function of starter motor | | [X] o.k. | [ ] not acceptable |
| 7.3. | Start interlock relay fitted ? | [ ] no | [X] yes, works | [ ] not acceptable |
| 7.4. | Stop solenoid fitted ? | [ ] no | [X] yes, works | [ ] not acceptable |
| 7.5. | Function of engine monitor / alarm system | | [X] o.k. | [ ] not acceptable |
| 7.6. | Hour counter fitted ? | [X] no | [ ] yes, works | [ ] not acceptable |
| 7.7. | Charge air temp. monitor fitted ? | [ ] no | [X] yes, works | [ ] not acceptable |
| 7.8. | Induction pre-heat system fitted ? | [X] no | [ ] yes, works | [ ] not acceptable |

## VIII. Remarks / Report Data

8.1.
8.2.
8.3.
8.4.
8.5.
8.6.
8.7.
8.8.
8.9.
8.10.
8.11.
8.12.
8.13.
8.14.

| MAN Werk Nürnberg | **Commissioning Report for Marine Diesel Engines** | Sheet 5 of 5<br>Order No.: |
|---|---|---|

| | |
|---|---|
| 8.15. | |
| 8.16. | Wheeled a little tight. Exhaust is questionable on both outbound rises. |
| 8.17. | Do to flat angle. Custom is suppling risers. Ocean & marine exhaust okay it. |
| 8.18. | |
| 8.19. | |
| 8.20. | |
| 8.21. | |
| 8.22. | |
| 8.23. | |
| 8.24. | |
| 8.25. | |
| 8.26. | |
| 8.27. | |
| 8.28. | |
| 8.29. | |
| 8.30. | |
| 8.31. | |
| 8.32. | |
| 8.33. | |
| 8.34. | |
| 8.35. | |

The following faults / failures were found ( please mark [X] ):

- [ ] Excessive suction press. bef r/w pump
- [ ] R/w flow rate not sufficient
- [ ] Engine oil not approved by MAN
- [ ] Engine c/w without antifreeze / corrosion inhibitor
- [ ] Antifreeze / corrosion inhibitor not approved by MAN
- [ ] Required rpm not reached (prop. oversized ?)
- [ ] Excessive exhaust gas temp.
- [ ] Excessive exhaust back press.
- [ ] Excessive engine c/w temp.
- [ ] Engine room vent. not sufficient
- [ ] Monitoring system doesn't work
- [ ] No hour counter fitted (required for service)

other:

Damages which result from one of the faults / failures described above are not covered by MAN warranty. This restriction shall be void as soon as the faults have been remedied and no engine damage resulting from previous deficiencies can be realized.

| Date of commissioning: | Place: |
|---|---|
| 6-22-99 | Ocean |

| Signature of customer or representative | Signature of MAN commissioning specialist |
|---|---|



**Commissioning Report for Marine Diesel Engines**
Measured Values - Engine Room Readings

Sheet ME
Order No.::

Werk Nürnberg | Seawater temp.: | Ambient temp.:

| Engine numbers: | Port Side | 4339001184A301 | | | Starboard Side | 4339001185A301 | | | |
|---|---|---|---|---|---|---|---|---|---|
| Gearbox Serial numbers: | | 5FP-707 | | | | 5FR848 | | | |
| Propulsion data: | Prop. diam.: | 29 | pitch | 38 | Prop. diam.: | 29 | pitch | 38 | |
| | blades | 4 | area | Med Cup | blades | 4 | area | Med Cup | |
| Rpm / Raw water flow: | low idle | 673 | high idle | 2633 | low idle | 693 | high idle | 2627 | |

| Engine rpm nominal | | [rpm] | 900 | 1200 | 1400 | 1600 | 1800 | 1950 | 2150 | rated | max. rpm |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Engine room door shut / hatch closed ? | | | yes-no | yes-no | yes-no | yes-no | yes-no | yes-no | yes-no | yes-no | yes-no |
| Engine speed actual | Port | [rpm] | 893 | 1184 | 1393 | 1542 | 1830 | 1950 | 2140 | 2262 | **2130PO** |
| | StB | [rpm] | 901 | 1176 | 1387 | 1567 | 1822 | 1952 | 2130 | 2278 | 2140ST |
| Engine operating angle | | [°] | | 2 | 4 | 4 | 3 | 3 | 3 | 3.15 | 30 |
| Fuel rack travel | Port | [mVolt] | 2.07 | 2.12 | 2.29 | 2.44 | 2.68 | 2.61 | 274 | 308 | 344 |
| | StB | [mVolt] | 2.09 | 2.14 | 2.31 | 2.37 | 2.58 | 2.67 | 2.98 | 3.18 | 3.40 |
| Raw water flow | Port / StB | [l/min] | | | | | | | | | |
| Engine lube oil press. | Port | [bar] [psi] | 30 | 40 | 45 | 50 | 50 | 50 | 55 | 55 | 55 |
| | StB | [bar] [psi] | 30 | 40 | 45 | 60 | 50 | 52 | 60 | 60 | 60 |
| Charge air pressure | Port | [bar] [psi] | 4 | 6.5 | 8 | 12 | 18 | 21 | 23 | 24 | 25 |
| | StB | [bar] [psi] | 5 | 6.5 | 9 | 13 | 17 | 22 | 23 | 24 | 25 |
| R/w press. before pump | Port / StB | [bar] [psi] | 0 | 0 | 0 | 0 | -15 | -15 | -15 | 0 | 0 |
| R/w press. after pump | Port / StB | [bar] [psi] | 2 | 2 | 2 | 4 | 5 | 7 | 9 | 9 | 10 |
| Fuel pressure | Port / StB | [bar] [psi] | 40 | 40 | 44 | 45 | 50 | 50 | 50 | 50 | 50 |
| Exhaust back press. | Port / StB | [ ] | 6" | 6" | 6" | 7" | 9" | 10" | 14" | 16" | 19" |
| Port: Exh. gas temp. | L | [°C] [°F] | 600 | 750 | 700 | 700 | 650 | 650 | 700 | 800 | 800 |
| | R | [°C] [°F] | 600 | 750 | 700 | 700 | 650 | 650 | 700 | 750 | 800 |
| StB: Exh. gas temp. | L | [°C] [°F] | 600 | 750 | 700 | 700 | 650 | 650 | 700 | 750 | 800 |
| | R | [°C] [°F] | 600 | 750 | 700 | 700 | 650 | 650 | 700 | 750 | 800 |
| Charge air temp. | Port | [°C] [°F] | 91 | 88 | 88 | 89 | 85 | 90 | 102 | 109 | 105 |
| | StB | [°C] [°F] | 89 | 92 | 82 | 83 | 94 | 98 | 95 | 115 | 111 |
| Port: Temp. @ air filter | outboard | [°C] [°F] | 121 | 129 | 108 | 89 | 92 | 93 | 95 | 88 | 99 |
| | inboard | [°C] [°F] | 123 | 109 | 108 | 99 | 110 | 101 | 100 | 114 | 98 |
| StB: Temp. @ air filter | outboard | [°C] [°F] | 129 | 115 | 111 | 102 | 92 | 100 | 89 | 103 | 92 |
| | inboard | [°C] [°F] | 131 | 125 | 100 | 98 | 91 | 99 | 192 | 99 | 98 |
| Eng. c/w temp. after eng. | Port | [°C] [°F] | 177 | 183 | 179 | 181 | 183 | 186 | 193 | 181 | 180 |
| | StB | [°C] [°F] | 176 | 174 | 173 | 172 | 173 | 174 | | | |



| | | Commissioning Report for Marine Diesel Engines | Sheet MH |
| --- | --- | --- | --- |
| Werk Nürnberg | Seawater temp.: | Measured Values - Engine Room Readings     Ambient temp.: | Order No.: |

## Helm Readings

| Engine speed nominal | | [rpm] | 900 | 1200 | 1400 | 1600 | 1800 | 1950 | 2150 | rated | max. rpm |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Engine tacho rpm | Port | [rpm] | | | | 1600 | 1800 | 1850 | 2150 | 2300 | 2750 |
| | StB | [rpm] | | | | | 1800 | 1850 | 2150 | 2300 | 2350 |
| Boat speed GPS / Log / Radar | | [knots] | 9.5 | 4.8 | 19.1 | 25 | 29.3 | 31 | 33 | 34 1/2 | 37 |
| Water temperature | Port | [°C] [°F] | 182 | 182 | 182 | 188 | 182 | 184 | 185 | 34 1/2 | 185 |
| | StB | [°C] [°F] | 182 | 182 | 182 | 182 | 182 | 184 | 185 | 190 | 190 |
| Oil pressure | Port | [bar] [psi] | 49 | 40 | 45 | 45 | 40 | 40 | 40 | 40 | 40 |
| | StB | [bar] [psi] | 49 | 35 | 40 | 48 | 45 | 58 | 58 | 60 | 60 |
| Oil temperature | Port | [°C] [°F] | | | | | | | | | |
| | StB | [°C] [°F] | | | | | | | | | |
| Gearbox pressure | Port | [bar] [psi] | 230 | 240 | 240 | 240 | 240 | 240 | 240 | 240 | 240 |
| | StB | [bar] [psi] | 235 | 250 | 250 | 250 | 250 | 240 | 350 | 350 | 350 |
| Gearbox temperature | Port | [°C] [°F] | | | | | | | | | |
| | StB | [°C] [°F] | | | | | | | | | |
| Alternator voltage | Port | [Volt] | | | | | | | | | |
| | StB | [Volt] | | | | | | | | | |
| Operating hours at end of trial | Port | | | | | | StB | | | | |

## Advanced Engine Room Readings
(please fill in the necessary designations)

| Engine speed nominal | | [rpm] | 900 | 1200 | 1400 | 1600 | 1800 | 1950 | 2150 | rated | max. rpm |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Eng. c/w temp. before eng. | Port | [°C] [°F] | | | | | | | | | |
| | StB | [°C] [°F] | | | | | | | | | |
| Eng. c/w temp. after eng. | Port | [°C] [°F] | | | | | | | | | |
| | StB | [°C] [°F] | | | | | | | | | |
| Eng. c/w press. before eng. | Port | [bar] [psi] | | | | | | | | | |
| | StB | [bar] [psi] | | | | | | | | | |
| Eng. c/w press. after eng. | Port | [bar] [psi] | | | | | | | | | |
| | StB | [bar] [psi] | | | | | | | | | |
| Flow rate (eng. c/w) | Port | [l/min] | | | | | | | | | |
| | StB | [l/min] | | | | | | | | | |

| Place: | Date: | Checked by: | VET-N / SpK / US / drs |
| --- | --- | --- | --- |

Form V.5579.N - 07.96 / US 05.97

MAN Engines & Components Inc.



## LIMITED WARRANTY
### FOR NEW MAN MARINE DIESEL ENGINES,
### SERIES D 28 ENGINES POWERING MARINE PLEASURE CRAFT
### USED BY CONSUMERS FOR PERSONAL USE
### STATUS 10/98

## TERMS:

**I. Limited Warranty**

MAN hereby warrants that any engine part of its Series D 28 engines that is found, during the Warranty Period, to be materially defective, of faulty design, or of poor workmanship, will be repaired or replaced, at MAN's option, subject to the terms of this Limited Warranty.

**II. Warranty Period**

The Warranty Period of the Limited Warranty shall be a period of 24 months beginning on the first to occur of
a. the date of delivery to the original retail purchaser, or
b. the date the engine is first put in use

The effective date will be confirmed and stated in the Warranty Registration Form.

At the expiration of the Warranty Period, the Limited Warranty shall continue to apply for an additional 36 months as Extended Coverage, but only for the following major components of the engine:

cylinder block casting
crankshaft forging
camshaft forging
freshwater pump housing
flywheel
front cover
oil pan
flywheel housing
oil cooler housing
connection rod forging

**III. Repairs**

MAN shall have a reasonable time to perform warranty repairs. Repairs will be performed during normal business hours. MAN will pay reasonable travel expenses for authorized service technicians to travel to the boat's location to make repairs, and will pay normal customary shipping charges to deliver parts. Costs for extraordinary travel expenses or transportation of parts are the responsibility of the owner.

**IV. Replacement Parts/Components/Engine**

All parts, components, or the entire engine, which are replaced under terms of the Limited Warranty, assume the identity of the original part, component, or engine replaced, and will be entitled to Limited Warranty protection for the remainder of the original Warranty Period and/or Extended Coverage, if any.

**V. Limitations and Exclusions**

a) This Limited Warranty applies only to the following engine models delivered on or after January 1, 1993 and only if it is a new engine, installed and used in non-commercial marine pleasure craft applications in the U.S.A. or Canada:

D2866 LE 40X — D2848 LE 40X
D2840 LE 40X    D2842 LE 40X
D2842 LE 40X    D2842 LE 40X

b) This Limited Warranty shall be null and void if the engine is subject to misuse, negligence, alteration, or failure to carry out normal maintenance, or if repairs have been made by persons other than an Authorized MAN Service Representative.

c) This Limited Warranty does not cover the replacement of service parts such as filters, belts, oil and anti-freeze.

d) This Limited Warranty does not apply to equipment supplied with the engine that bears the name of another manufacturer (e.g. marine transmission, power take-offs, exhaust system, alternator, engine mounts).

e) MAN shall not be responsible for any loss of time, inconvenience, loss of use, meals, lodging, communication costs, transportation, cargo damage overtime, towing, any dockage or harbor charges, or other consequential damages resulting from a defect covered by this Limited Warranty. MAN does not accept any liability for consequential, punitive, contingent, or incidental damages.

f) MAN shall not be responsible for labor and material costs relating to removal and replacement of dockage charges incurred in connection with warranty repairs.

g) MAN shall not be responsible for costs for the execution of regular maintenance service as specified in the maintenance manual for the engine, nor for repairs required as a result of the failure to use specified fuel, oil, lubricants, and coolant.

h) THE LIMITED WARRANTY HEREIN SET FORTH IS THE SOLE AND EXCLUSIVE WARRANTY WITH RESPECT TO SERIES D 28 ENGINES. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE AND ALL SUCH OTHER WARRANTIES ARE HEREBY DISPLACED.



**AMERICAN DIESEL PARTS & SALES, INC.**
2000 MAIN STREET
WALPOLE, MA 02081

(508) 660-6962
FAX (508) 660-6965



508-790-~~2678~~
    -0996



OYSTER HARBOR MARINE
ATTN: BEN CRATO

# WARRANTY AND REGISTRATION OVERVIEW

MAN supplies its Limited Warranty and Extended Coverage for all new D 28 engines of the 400 series for pleasure craft applications, at no additional cost.

The Limited Warranty covers 100% parts and labor for all MAN supplied engine parts for a period of 2 years from date of delivery to the first owner, or put into service prior to retail sale.

The Extended Coverage period starts after the first 2 years and extends for an additional 3 years. This coverage is limited to major engine parts as specified in the warranty policy.

Providing this warranty and extended coverage to our customers not only casts a positive light on the dependability of our engines and MAN's commitment to its customers, but to a greater extent, shows our confidence that we have delivered the quality product that the customer expects. Since first offering extended coverage, our experience has shown that MAN engines are qualified for genuine extended coverage and not simply a phantom policy offered as an advertising and marketing tool at the time of sale.

WD  00341

MAN Engines & Components  

### REGISTRATION FORM

LIMITED WARRANTY AND LIABILITY POLICY
FOR MAN MARINE DIESEL ENGINES
U.S.A. APPLICATION

This Registration Form officially entitles the Bearer of the contents within the Limited Warranty and Liability Policy. No other warranties, expressed or implied are valid for MAN Marine Diesel Engines. This Registration Form must be completed by the end Purchaser of the product, which represents the first retail purchase and mailed to MAN Engines & Components.

#### PRODUCT INFORMATION

**PORT ENGINE**

| | |
|---|---|
| Engine Number | 43390011184A301 |
| Engine Model | D2848LE403 |
| Engine Work Number | |

**STARBOARD ENGINE**

| | |
|---|---|
| Engine Number | 43390011185A301 |
| Engine Model | D2848LE403 |
| Engine Work Number | |

#### WARRANTY INFORMATION

Boat Retail Purchase Date (Copy of Bill of Sale): 7-1 19 99

Boat Manufacturer: OCEAN YACHT

Boat Hull Number: XYU13948F900

Boat Name: My DEE LITE

#### PURCHASER INFORMATION

Purchaser Name: Wayne + Nadine Daley

Purchaser Address: PO BOX 619  27 TRAVER RD
CANTON MA 02021

Phone Number: 781-828-9541

Purchaser Signature: [signature]

MAN ROLAND INC.
595 SW 13TH TERRACE, POMPANO BEACH, FLORIDA 33069-3520 / TEL: (305) 946-9092 / FAX: (305) 946-9096

WD 00326

**WAYNE V DALEY**
PO BOX 619
27 Trayer Rd.
Canton, MA 02021
781-828-9591
FAX 781-828-2393

JAN 4, 2004

*Received*
*01/20/04*

MAN ENGINE & COMPONENTS
595 13TH TERRACE
POMPANO BEACH, FL 33069

RE: OCEAN YACHTS #48-139

TO SVEN SAALFELD & ARNO FARBER,

*Sven, I only φ this letter for you, let me take care of it and I inform you if necessary*
*A.*
*(see my typing)*

SVEN ENCLOSED IS A COPY OF TWO LETTERS, THE FIRST SENT TO ME FROM PERFORMANCE DIESEL IN DECEMBER 2003. THE LETTER STATES SOME OF THE PROBLEMS FOUND BY PDI. SOME OF THEM I AGREE WITH MOST I DO NOT. THE SECOND IS FROM ME, TO PDI AND YOU. WHEN YOU READ THE SECOND YOU WILL UNDERSTAND MY FRUSTRATIONS.

THE SECOND LETTER IS MY RESPONSE TO THEIR LETTER. SINCE NOVEMBER 2000, OCEAN, MAN AND TWIN DISC HAVE ATTEMPTED TO SOLVE THIS VIBRATION.

TWIN DISC HAS REPLACED THE COUPLERS AND REBUILT THE TRANSMISSIONS TWICE.

OCEAN HAS REPLACED ENGINE MOUNTS ON YOUR REQUEST, THEY ALSO REBALANCED PROPS AND SHAFTS, CENTER BEARINGS AND STRUTS, REFACED SHAFT COUPLERS, AND REPLACED HUMP HOSES.

MAN HAS REBUILT OR REPLACED THE STARBOARD INJECTION PUMP **FIVE TIMES** AND REPLACED 16 INJECTORS ALL BUT THE INJECTORS HAVE CHANGED THE RPM RANGE OF THE VIBRATION. FIRST THE VIBRATION WAS FROM 800 TO 1600 RPM. NOW IT IS FROM 800 TO 1300-RPM ALL IN THE STARBOARD ENGINE. YOU CAN WATCH IT SHAKE!!!
THE NEW INJECTORS STARTED A NEW PROBLEM THE STARBOARD SIDE SMOKES EXTREMELY MORE AT IDLE AND ON AND OFF THROTTLE UNDER LOAD THAN THE PORT.

I AM ALSO ENCLOSING THE DAMAGE REPORT SENT TO YOU 6/25/03 FROM WA CRAFT. A REPORT THAT MAN IGNORED!!!

I WANT TO INFORM MAN THIS IS THE LAST LETTER I WILL WRITE TO MAN. THE NEXT LETTERS WILL BE FROM ATTORNEY'S. I HAVE NEVER SUED ANYONE BEFORE BUT YOU ARE NOT SOLVING THESE PROBLEMS OR LEAVING ME A CHOICE.

I WILL ALLOW MAN UNTIL 4/01/04 TO SOLVE THESE PROBLEMS.
I ALSO WANT IN WRITING BY 2/01/04, A RESPONSE AND OR PLAN OF ATTACK FROM MAN.

Sincerely,

WD 00201