# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,** ) ) ) ) **Plaintiffs,** ) ) v. ) ) **TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,** ) ) ) ) ) **Defendants.** ) ) | Civil Action No. 05-10720 RWZ |

## NOTICE OF APPEARANCE

To The Clerk of the Above Named Court:

Please enter the appearance of Eric C. Hipp, BBO No. 642658, of Hermes, Netburn, O'Connor & Spearing, P.C. on behalf of the Defendant, MAN Engines and Components, Inc.

| | |
|---|---|
| I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 27, 2006.<br><br>    /s/ Eric C. Hipp    <br>       Eric C. Hipp | /s/ Eric C. Hipp    <br>Eric C. Hipp, BBO No. 642658<br>HERMES, NETBURN, O'CONNOR &<br>    SPEARING, P.C.<br>265 Franklin Street, Seventh Floor<br>Boston, MA 02110<br>(617) 728-0050<br>(617) 728-0052 (F) |

Dated: September 27, 2006

G:\DOCS\ECH\Clients\MAN Engines\Daley 15760\Pleadings\Appearance - ECH.doc