UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10720RWZ

| | |
|---|---|
| WAYNE DALEY, | ) |
| NADINE DALEY and | ) |
| MDL FISHING, LLC, | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| vs. | ) |
| | ) |
| TWIN DISK, INC. | ) |
| MANN ENGINES AND | ) |
| COMPONENTS, INC., OCEAN | ) |
| YACHTS, INC. and | ) |
| PERFORMANCE DIESEL, INC., | ) |
| | ) |
| Defendants | ) |

**DEFENDANT PERFORMANCE DIESEL, INC.'S PRE-TRIAL MEMORANDUM**

The defendant Performance Diesel, Inc. hereby submits the PRE-TRIAL MEMORANDUM that follows.

**I.   SUMMARY OF THE EVIDENCE OFFERED BY DEFENDANT PERFORMANCE DIESEL, INC.**

This case arises due to the purchase of a Yacht by the plaintiffs in July 1999. Due to problems with the Yacht allegedly encountered by the plaintiffs, the plaintiffs have asserted claims of breach of contract against all of the defendants. Further, the plaintiffs have alleged a violation of M.G.L. c. 93A by all defendants. The Court has dismissed all of the M.G.L. c. 93A claims.

The specific problems with the Yacht, as alleged by the plaintiffs, include accumulations of soot and smoke in the interior of the Yacht and vibrations on the starboard side of the Yacht at certain speeds. The plaintiffs complaints concerning the Yacht were repeatedly addressed by repair work provided by the defendants either jointly or individually. It is estimated that jointly the defendants have provided in excess of $60,000.00 in warranty work to address the complaints of the plaintiffs. Nevertheless, the plaintiffs continue to assert that they are dissatisfied with the performance of the Yacht.

Performance Diesel, Inc. played a limited role in the manufacture of the Yacht in issue. There was no written contract between Performance Diesel, Inc. and the plaintiffs nor did Performance Diesel, Inc. issue any written warranties to the plaintiffs.

In this case, the plaintiffs ordered specific engines from the co-defendant MAN and the same engines were then shipped to Performance Diesel.  Performance Diesel then arranged for brackets to be placed on the side of the engine so the engine can then be mounted to the boat walls.  Also, a transmission for the Yacht was provided to Performance Diesel by defendant Twin Disc, Inc.  The transmission is then bolted onto the engine.  Performance Diesel then shipped the Yacht to defendant Ocean Yacht, Inc. and this company mounted the engines to the walls of the Yacht.

Performance Diesel contends that the problems allegedly experienced by the plaintiffs had nothing to do with the work performed by Performance Diesel.  Following complaints from the plaintiffs, Performance Diesel employees worked on the vessel on approximately six occasions.  Also, representatives from other defendants worked on the Yacht on numerous other occasions.  Performance Diesel was not obligated to provide the additional work that it furnished and Performance Diesel was never compensated for this work.

The deposition of the plaintiff Wayne Daley was conducted on May 3, 2006.  In the course of that deposition he stated as follows:

> (1) Since the Yacht was purchased in 1999, he has operated the boat a "couple 100 hours each year".
>
> (2) The plaintiffs continue to charter the boat to customers at a cost of $2,500.00 each day.
>
> (3) The plaintiffs have received no written complaints from Charter customers pertaining to vibrations from the boat.

II. **STATEMENT OF FACTS ESTABLISHED BY THE PLEADINGS**

Within one year after purchasing the Yacht, MDL Fishing, LLC began to experience problems including, black smoke and soot in the transom and interior of the Yacht and excessive vibrations.  See Amended Complaint, para. 11.

Beginning in the fall of 2000 and continuing through the summer of 2003, MAN Engines, Twin Disc, Ocean Yachts and Performance Diesel attempted on numerous occasions to repair the Yacht.  See Amended Complaint, para 13.

III.  **CONTESTED ISSUES OF FACT**

    (1)  There are and never have been any written contracts nor written warranties in existence between the defendant Performance Diesel, Inc. and the plaintiffs in this action.

    (2)  Any work performed by Performance Diesel employees, after the plaintiffs communicated their complaints, was provided despite a lack of consideration from the plaintiffs.

    (3)  The plaintiffs have failed to provide any evidence that prior to the sale of the boat, Performance Diesel employees performed any work in a negligent manner or failed to perform work that would constitute negligence.

    (4)  If the plaintiffs have sustained damages in this case, the damages are minor. The Yacht in issue continues to be used and the plaintiffs continue to receive income from regular charters of the boat.

IV.  **JURISDICTIONAL QUESTIONS**

    None.

V.  **QUESTIONS RAISED BY PENDING MOTIONS**

    None.

VI.  **ISSUES OF LAW**

    None.

VII.  **REQUESTED AMENDMENTS TO THE PLEADINGS**

    None.

VIII.  **ADDITIONAL MATTERS TO AID IN THE DISPOSITION OF THE ACTION**

    None.

IX.  **PROBABLE LENGTH OF TRIAL AND WHETHER JURY OR NON-JURY**

    This is a jury trial. Approximate trial length: 3 to 4 days.

X.  **TRIAL WITNESSES**

    All of the following are factual witnesses:

1.  Brent Wagner
    12130 Galveston Road
    Webster, TX  77598

2.  Malcolm Phillips
    12130 Galveston Road, Bldg. 3
    Webster, TX  77598

3.  John Bowen
    12130 Galveston Road, Bldg. 3
    Webster, TX  77598

4.  Lloyd Dye
    2141 River Road, Bldg. 10
    Suite A
    Lower Bank, NH  08215

5.  Arno Farber
    12130 Galveston Road, Bldg. 3
    Webster, TX  77598

6.  Luis Rivera
    415 W. Cherry Street
    Vineland, NJ

**XI.    LIST OF PROPOSED EXHIBITS**

(1)    Certificate of Organization of MDL.


/s/ J. Gary Bennett
_____
Francis J. Lynch, III  BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant, Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ J. Gary Bennett

_____
Francis J. Lynch, III  BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant, Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500