UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 05-CV-10720-RWZ

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, and MDL FISHING LLC,<br>    Plaintiffs, | )<br>)<br>)<br>) |
| v. | )<br>) |
| TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br>    Defendants. | )<br>)<br>)<br>)<br>) |

## OCEAN YACHTS, INC.'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL

1. The Plaintiffs, Wayne Daley, Nadine Daley, and MDL Fishing LLC have filed this breach of contract action against various defendants, including Ocean Yachts, Inc. seeking damages arising out of an alleged defect in the yacht.[1]

2. As part of the substantive allegations made, Plaintiffs have alleged that written and oral representations by Defendants, including Ocean Yachts, were made to them concerning efforts that would be made to correct the alleged defects with the yacht. One element in dispute is ownership of the vessel - which will determine which Plaintiffs, if any, have standing to assert claims.

3. Moreover, as part of an element of Plaintiffs' damages, they have asserted "loss of use." In addition, Defendant Ocean Yachts has asserted that Plaintiffs voided the express limited warranty by placing the yacht into commercial charter service.

---

[1] In the Plaintiffs' amended complaint, the Plaintiffs also asserted an additional count for

4. On or about May 30, 2006, Defendant Ocean Yachts, Inc. propounded its second request for production of documents on the plaintiffs Wayne Daley, Nadine Daley, and MDL Fishing, LLC. A true and correct copy of Defendant Ocean Yachts' second request for production is attached as Exhibit "A" to the motion to compel.

5. In the request, Ocean Yachts has requested the tax returns of MDL concerning loss of income as a result of the alleged problems with the yacht; insurance policies covering the yacht; documents concerning loans against the yacht and whether it is being used as collateral to secure any loan; and any statements, documents, or recordings by any Defendants, including Ocean Yachts or its representatives, concerning problems with the yacht or promises to repair it. These documents are relevant and necessary to the issues of "loss of use," whether the warranty has been voided, and as to ownership of the vessel.

6. Fed.R.Civ.P. 34 provides that a written response must be filed within thirty days after the service of the request.

7. As of the date of the filing of this motion and memorandum of law, Plaintiffs have entirely failed to respond to the second request for production.

8. Moreover, Fed.R.Civ.P. 37(a)(2)(B) provides in pertinent part that "if a party, in response to a request for inspection submitted under Rule 34, fails to respond that inspection will be permitted as requested or fails to permit an inspection as requested or fails to permit inspection as requested, the discovering party may move for an order compelling an answer, or a designation, or an order compelling inspection in accordance with the request."

9. See also, *Marx v. Kelly, Hart, & Hallman, P.C.*, 929 F.2d 8 (1st Cir. 1991)(a response to a request for production must be filed within 30 days and failure so to do results in a waiver of

---

violation of G.L. c.93A, which this Court dismissed.

objections).

WHEREFORE, Ocean Yachts, Inc. requests this Court enter an order compelling the Plaintiffs to produce the requested documents.

> SEGREDO & WEISZ, P.A.
> 9350 South Dixie Highway-Suite 1500
> Miami, Florida 33156
> (305) 670-3820 Telephone
> (305)670-8230 Facsimile
>
> By: /s/ Michel Weisz
> Michel Ociacovski Weisz, Esquire
> Fla.Bar.No.: 336939
> Attorney for Defendant Ocean Yachts