UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY, )<br>and MDL FISHING LLC, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>TWIN DISC, INC., MANN ENGINES )<br>AND COMPONENTS, INC., OCEAN )<br>YACHTS, INC., and PERFORMANCE )<br>DIESEL, INC., )<br>    Defendants. ) | Civil Action No.: 05-CV-10720-RWZ |

## OCEAN YACHTS, INC.'S PRETRIAL MEMORANDUM

1. CONCISE STATEMENT OF EVIDENCE TO BE OFFERED BY DEFENDANT OCEAN YACHTS, INC.:

Ocean Yachts, Inc. is a manufacturer of uninspected, recreational motor yachts, which are sold to authorized Ocean Yachts dealers. The authorized dealers then resell the yachts to private, retail customers for non-commercial use. Plaintiff, MDL Fishing LLC purchased the yacht from Oyster Harbor Marine, Inc., on or about July 1, 1999.

Yachts manufactured by Ocean Yachts, Inc. are covered by an express, written, limited "5 &1" Warranty, which is published and passed through to the retail purchaser of the yacht. The yacht purchased by MDL Fishing LLC is covered by such a warranty. Plaintiffs signed a warranty registration card, dated July 1, 1999.

Ocean's limited warranty provides certain coverages during the first year of ownership. Ocean Yachts, Inc. warrants that it will repair or replace associated equipment *manufactured by Ocean Yachts*, which is defective in material or workmanship, for a period of one year from the date

1

the new Ocean yacht is delivered to the retail purchaser. Ocean Yachts, Inc. extends a five year limited warranty to the hull.

Ocean Yachts, Inc. expressly disclaims any responsibility for any components not manufactured by Ocean Yachts, Inc. This disclaimer includes components such as engines, generators, couplings, and transmissions all of which are manufactured by others, purchased by Ocean Yachts, and installed without alteration or modification in boats. Manufacturers of these related components, including the co-defendants in this action, provide their own written, limited warranties.

Ocean Yachts purchased the engines and equipment related thereto from Performance Diesel. The related equipment included the couplings, mounts, and transmissions. Once installed by Ocean, representatives of the engine manufacturer were called to the factory to perform an "engine start up". This is a required procedure, as Ocean Yachts, Inc., is prohibited from starting the engines. The start up procedure includes a sea trial and a comprehensive check of the engines and their performance. This procedure was followed with respect to Plaintiff's yacht.

The "defects" claimed by Plaintiff, to the extent they existed, were the result of problems in components and equipment not manufactured by Ocean Yachts and not covered by its warranty. In deposition, Wayne Daley testified that the vibration problems first began in October or November of 2000 (more than one year after he purchased the yacht) when the engine couplings were changed. Ocean Yachts had no role in that procedure.

At this point in time, Ocean Yachts asserts that the yacht has been repaired. In addition, Plaintiff has voided the Ocean warranty by placing the yacht into commercial service. To the extent Plaintiff asserts that there is any contract with Ocean Yachts, apart from any obligations assumed under the terms of the express written limited warranty, Ocean will prove that no such contract was

formed, and that there was no consideration for such a contract

With respect to damages, Plaintiff's claims are barred by the terms of the express limited warranty, which disclaims any liability for consequential damages. Ocean's only obligation is to repair or replace any part covered by its warranty. Ocean Yachts has done so. Moreover, Plaintiff has not paid for any of the repairs undertaken by any party to this action with respect to the claimed defects.

2. <u>FACTS ESTABLISHED BY THE PLEADINGS</u>:

   1. MDL Fishing LLC purchased a new Ocean yacht from Oyster Harbor, Inc., an Ocean Yachts dealer, on or about July 1, 1999.

   2. The Ocean yacht was covered by the terms of an express, written, limited warranty.

3. <u>CONTESTED ISSUES OF FACT</u>:

   1. Whether a problem or defect existed in the yacht, and if so, the cause of the problem.

   2. Whether the problem identified by Plaintiffs as a vibration problem was related in any way to any part or component manufactured by Ocean Yachts, or was covered by the Ocean Yachts warranty.

   3. Whether Plaintiff voided the warranty by placing the yacht into commercial use.

   4. Whether the individual Plaintiffs, Wayne and Nadine Daley, have standing to file this action.

   5. Whether Plaintiffs' claim is barred by the applicable statute of limitations.

   6. Whether Plaintiffs' yacht has been repaired.

4. <u>JURISDICTIONAL QUESTIONS</u>:

   None.

5. <u>QUESTIONS RAISED BY PENDING MOTIONS</u>:

1. Ocean Yachts has filed a Motion to Compel Responses to its Second Request for Production of Documents Directed to Plaintiffs.

2. Once Ocean Yachts receives responses to its second request for production of documents, it will file a motion for summary judgment.

6. ISSUES OF LAW:

1. The standing of the individual Plaintiffs to bring this action.

2. Whether, apart from any obligations Ocean Yachts, Inc. may have under the terms of its written limited warranty, any contract was formed between Plaintiff any Ocean Yachts (as to offer, acceptance or mutuality), and whether there is any consideration to support that contract.

3. Whether any "representations" allegedly made by Ocean Yachts were made by persons with the authority to bind Ocean Yachts.

4. Whether Plaintiffs' claim is barred by the applicable statute of limitations.

5. Whether Plaintiffs can bring any claim against Ocean Yachts for monetary damages including consequential or indirect damages.

6. The competency and relevance of the proposed testimony of Plaintiffs' expert and the adequacy of his pretrial disclosure in relation to the requirements of Fed. R. Civ. P. 26(a)(2).

7. REQUESTED AMENDMENTS TO THE PLEADINGS:

1. Once Ocean Yachts receives the documents responsive to its second request for production, Ocean Yachts may seek leave to file a counterclaim against Plaintiffs for fraud based on their seeking and receiving benefits under the terms of Ocean Yachts' written limited warranty without disclosing that the yacht had been placed into commercial service.

8. PROBABLE LENGTH OF TRIAL:

One week.

9. <u>LIST OF WITNESSES</u>:

   1. Scott Krawiec
      c/o Ocean Yachts, Inc.

   2. Doug Finney
      c/o Ocean Yachts, Inc.

   3. Captain Joe Walker
      815 Sterling Place
      Brigantine, NJ 08203

   4. Kevin Rantuccio

10. <u>LIST OF PROPOSED EXHIBITS:</u>

    1. Ocean Yachts 5&1 Limited Warranty.
    2. Warranty Registration Card.
    3. Torsional Vibration Analysis Report # 13529
    4. Various invoices for repairs to yachts paid by Ocean Yachts.
    5. Ocean Yachts work orders for warranty work performed by, or at the expense of. Ocean Yachts.
    6. Inspection Report Summary, Rantucccio Boat Works.
    7. Letter (undated) Rantuccio Boats Works to Ocean Yachts
    8. Letter Scott Krawiec to Kevin Rantuccio,11/19/03.
    9. Engine start up report.(Commissioning Report for Marine Engines).
    10. Letter, 1/29/04 Krawiec to Daley.
    11. Letter, 1/4/04 Daley to Oceaqn Yachts, Inc.
    12. Letter, 1/4/04 Daley to Performance Diesel.
    13. Letter, 6/10/02 Dalet to Mr. Phillips.
    14. Letter, 5/30/02 Daley to John Leek and Scott Krowick(sic).
    15. Fax, 4/8/04 Scott to Wayne.
    16. Letter. 8/4/03 Daley to MAN.

Ocean Yachts Inc., reserves the right to offer any document produced or disclosed by any party or witness in discovery, at any deposition or in response to any subpoena, any documents which form the basis for impeachment or rebuttal or such other documents and physical evidence as may be permitted by the court.

|  |  |
|---|---|
|  | SEGREDO & WEISZ, P.A.<br>9350 South Dixie Highway-Suite 1500<br>Miami, Florida 33156<br>(305) 670-3820 Telephone<br>(305)670-8230 Facsimile |
|  | By: /s/Michel Weisz<br>Michel Ociacovski Weisz, Esq.<br>Fla.Bar.No.: 336939 |
| Dated: October 13, 2006 | Attorney for Defendant Ocean Yachts |