UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-10720 RWZ |
| TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT MANN ENGINES AND COMPONENTS, INC.'S
PRETRIAL MEMORANDUM**

Pursuant to the Court's Order of September 20, 2006, Defendant MAN Engines & Components, Inc. ("MAN Engines"), incorrectly named as "MANN Engines and Components, Inc.," hereby submits its Pretrial Memorandum.

I.   Summary of the Evidence that will be offered by Defendant MAN Engines

In July, 1999, Plaintiff MDL Fishing, LLC ("MDL") purchased a 2000 Ocean 48' Super Sport Yacht (the "Yacht"). Wayne Daley and Nadine Daley are co-equal members of MDL, but neither ever owned or held title to the Yacht individually. The Yacht was equipped with two 800 horsepower model number D2848LE403 MAN marine diesel engines (the "Engines"). Mr. Daley chose the Engines over others manufactured by Detroit and Caterpillar because he wanted extra horsepower. MAN Engines did not warrant or otherwise communicate to Plaintiffs that the Engines were compatible with the Yacht. Rather, a representative of Ocean Yachts stated that they had been using such engines in different boats and had had good luck with them.

Performance Diesel purchased the Engines from MAN Engines in April, 1999, and positioned the Engines on mounting brackets and installed isolators. MAN Engines did not provide the transmission, couplers or any other parts that were incorporated into Yacht. MAN Engines did not install the Engines, transmission, couplers, or any other parts on the Yacht. The Yacht was commissioned on June 22, 1999, and Plaintiffs took delivery on or about July 1, 1999.

MAN Engines' written Limited Warranty provided coverage for 24 months from the date of delivery to the original retail customer, or the date the engine was first put in use, whichever occurred first. At the expiration of this initial warranty period, a Limited Warranty applied for an additional 36 months with respect to ten (10) specified major components of the engine.

On or about September 15, 1999, Plaintiffs made a claim under the Limited Warranty, through a MAN Engines Authorized Service Dealer or Distributor, regarding the injection pump on the Engine positioned on the starboard side of the Yacht. The injection pump was removed and recalibrated, without charge to Plaintiffs. Within one year after purchasing the Yacht, MDL began to experience additional problems including, black smoke and soot in the transom and interior of the Yacht and excessive vibrations. In June, 2000, Plaintiffs noticed an exhaust smell and soot in the cabin and engine room of the Yacht. Beginning in the fall of 2000 and continuing through the summer of 2003, MAN Engines, Twin Disc, Ocean Yachts and Performance Diesel attempted on numerous occasions to repair the yacht. On November 10, 2000, Plaintiffs noticed for the first time vibrations on the starboard side of the Yacht.

Plaintiffs have never had a problem with the Engine positioned on the port side of the Yacht. All repair work performed by representatives of MAN Engines was pursuant to the terms of the Limited Warranty and at no cost to Plaintiffs. The alleged problems with the Yacht's performance were not caused by a defect in either of the Engines installed in the Yacht. MAN

Engines does not have an obligation to repair problems with the Yacht unrelated to the operation of the Engines.

On or about January 11, 2005, Plaintiffs filed suit in state court against Man Engines, Twin Disc, and Ocean Yachts, alleging breach of contract.

II.     Statement of Facts Established by the Pleadings, By Admissions, or By Stipulations

Beginning in the fall of 2000 and continuing through the summer of 2003, MAN Engines, Twin Disc, Ocean Yachts and Performance Diesel attempted on numerous occasions to repair the Yacht.  See Amended Complaint, ¶ 13.

III.    Contested Issues of Fact

MAN Engines contends that it did not make any promises to repair the Yacht that were independent of the Limited Warranty provided to MDL Fishing, LLC.

Assuming that MAN Engines did make promises to repair the Yacht that were independent of the Limited Warranty, MDL Fishing, LLC did not provide any consideration in exchange for such promises.

MAN Engines contends that the alleged problems with the Yacht's performance were not caused by a defect in either of the Engines installed in the Yacht.

IV.     Jurisdictional Questions

None.

V.      Questions Raised by Pending Motions

In accordance with LR 5.4, Man Engines' filed a Motion for Summary Judgment on September 26, 2006, which remains pending before the Court.  As of today, Plaintiff has not filed an opposition to MAN Engine's Motion for Summary Judgment.  Through the motion, MAN Engines contends that Plaintiffs' only remaining cause of action, breach of contract, is

more properly considered a claim for breach of warranty, which is barred by the applicable four (4) year statute of limitations.  Plaintiffs' claim for breach of contract is also unenforceable for lack of consideration.  Plaintiffs Wayne and Nadine Daley claims for breach of contract fail because they never owned or held title to the Yacht.  Furthermore, Plaintiffs' claim against MAN Engines fails because Plaintiffs disclosed expert witness, James Dollof, does not opine that a defect in either of the Engines caused any of the claimed problems with the Yacht's performance.

VI.     Issues of Law

Other than those raised in Man Engines' Motion for Summary Judgment, none.

VII.    Requested Amendments to the Pleadings

None on behalf of Man Engines.

VIII.   Additional Matters to Aid in the Disposition of the Action

None on behalf of Man Engines.

IX.     Probable Length of Trial and Whether Jury or Non-Jury

Plaintiffs have demanded a jury trial.  MAN Engines estimates that the trial will last three to four days.

X.  MAN Engines' Witness List

    (1)  Clark Bruening
        MAN Engines and Components, Inc.
        591 SW 13th Terrace
        Pompano Beach, FL 33067
        (fact witness)

    (2)  Harold Schneider
        MAN Engines and Components, Inc.
        591 SW 13th Terrace
        Pompano Beach, FL 33067
        (fact witness)

    (3)  Wayne Daley
        27 Trayer Road
        Canton, MA
        (fact witness)

    (4)  Nadine Daley
        27 Trayer Road
        Canton, MA
        (fact witness)

    (5)  Representative of W.A. Kraft Corp.
        199 Wildwood Avenue
        Woburn, MA 01801
        (fact witness)

XI.  List of Proposed Exhibits

    (1)  Purchase Order Form from Performance Diesel, Inc. ("Performance Diesel") to MAN Engines regarding the two 800 horsepower model number D2848LE403 MAN marine diesel engines ("Engines") that were incorporated into 2000 Ocean 48' Super Sport Yacht (the "Yacht") purchased by MDL Fishing, LLC ("MDL").

    (2)  Invoice from MAN Engines to Performance Diesel for the Engines.

    (3)  Bill of Lading showing delivery of the Engines from MAN Engines to Performance Diesel.

(4) Commissioning Report regarding June, 1999 inspection of the Yacht.

(5) MAN Engines' Limited Warranty ("Limited Warranty").

(6) Registration Form submitted by Plaintiffs regarding the Limited Warranty.

(7) Manufacturer's Statement of Origin regarding the Yacht.

(8) Certificate of Documentation regarding the Yacht.

(9) Certificate of Organization of MDL.

**MAN ENGINES AND COMPONENTS, INC.**,
By its attorneys,

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 13, 2006.

/s/ Eric C. Hipp
Peter G. Hermes, BBO No. 231840
Eric C. Hipp, BBO No. 642658
HERMES, NETBURN, O'CONNOR
   & SPEARING, P.C.
265 Franklin Street, Seventh Floor
Boston, MA  02110-3113
(617) 728-0050 – Tel.
(617) 728-0052 – Fax

/s/ Eric C. Hipp
Eric C. Hipp

Dated:  October 13, 2006

G:\DOCS\ECH\Clients\MAN Engines\Daley 15760\Pleadings\MAN's Pretrial Memo.doc

6