UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 05-CV-10720-RWZ

WAYNE DALEY, )
NADINE DALEY and )
MDL FISHING LLC )
 )
V. )
 )
TWIN DISC, INC. )
MANN ENGINES AND )
 COMPONENTS, INC. )
OCEAN YACHTS, INC. and )
PERFORMANCE DIESEL, INC. )
    Defendants.         )

## PLAINTIFFS' PRE-TRIAL MEMORANDUM

Pursuant to the Court's Order of September 20, 2006, the plaintiffs, Wayne Daley, Nadine Daley and MDL Fishing LLC (collectively the "Plaintiffs") hereby submit their pre-trial memorandum.

I.   **SUMMARY OF THE EVIDENCE THAT WILL BE OFFERED BY THE PLAINTIFFS**

In July 1999, the Daley's purchased their Ocean 48 from Oyster Harbor Yachts, a dealer in Osterville, Massachusetts. Within approximately one year following the purchase, the Daley's experienced problems with their yacht including, but not limited to, black smoke and soot in the transom and interior of the yacht, failure of the torsion couplings, hub notching and wear of aluminum clutch pistons. Beginning in October and November 2000, attempts at repairing the problems began on the Daley's yacht performed by the defendants. Before and during each purported repair, each of the defendants represented to the Daley's that the repair work would solve the problems the Daley's were experiencing.

ID # 487913v01/14236-2/ 10.13.2006

Importantly, not only did the defendants fail to make the repairs that they promised the Daley's that they would make, their efforts made the problems the Daley's were experiencing worse than they were before the defendants' attempted repairs and created new problems all of which exist presently. Following this work, not only were the vibration problems not solved, they were worse than before the defendants' purported attempts at repair. The Daley's relied on the promises made by each of the defendants that the defendants would fix the problems, and the Daley's refrained from taking legal action against the defendants in reliance on those promises. The yacht's value has been substantially reduced by the existence of those problems.

II.   **STATEMENT OF FACTS ESTABLISHED BY THE PLEADINGS, BY ADMISSIONS OR BY STIPULATIONS**

Within approximately one year following their purchase, the Daley's experienced problems with their yacht including, but not limited to, black smoke and soot in the transom and interior of the yacht, failure of torsion couplings, hub notching and wear of aluminum clutch pistons.

Beginning in October or November 2000, attempts at repairing the problems began on the Plaintiff's yacht.

III.   **CONTESTED ISSUES OF FACT**

   a.   Whether the Defendants made promises to repair the yacht beyond those contained in their respective warranties.

   b.   The cause of the problems with the yacht.

IV.   **JURISDICTIONAL QUESTIONS**

None.

V.   **QUESTIONS RAISED BY PENDING MOTIONS**

The questions raised by the pending motion for summary judgment filed by Man Engines are the same as those raised earlier and decided by this Court in Twin Disc's motion for summary judgment.

**VII.  ISSUES OF LAW**

None at this time.

**VIII.  REQUESTED AMENDMENTS TO THE PLEADINGS**

None.

**IX.  ADDITIONAL MATTERS TO AID IN THE DISPOSITION OF THE ACTION**

None.

**X.  PROBABLE LENGTH OF TRIAL**

Plaintiffs' have demanded a jury trial and anticipate the trial will last 3 to 4 days.

**XI.  LIST OF NAMES AND ADDRESSES OF WITNESSES**

Plaintiffs reserve the right to call the following witnesses at trial:

a.  Wayne Daley
    PO Box 619
    Canton, MA 02021

b.  Nadine Daley
    PO Box 619
    Canton, MA

c.  Arnold Farber
    MANN Engines & Components, Inc.
    Plaza Center North
    Pompano Business Park
    591 SW 13th Terrace
    Pompano Beach, FL 33069

d.  Scott Krawiec
    Ocean Yachts
    Egg Harbor City, NJ

e. John Leek
Oyster Harbor Marine, Inc.
157 Pleasant Street
Hyannis, MA 02601

f. Pierre Maryott
Oyster Harbor Marine, Inc.
157 Pleasant Street
Hyannis, MA 02601

g. Ben Crago
Ocean Yachts
Egg Harbor City, NJ

h. Sven von Saalfeld
MANN Engines & Components, Inc.
Plaza Center North
Pompano Business Park
591 SW 13th Terrace
Pompano Beach, FL 33069

i. Brent Wagner
Performance Diesel, Inc.
12707 North Freeway, Suite 590
Houston, TX  47060

j. James Dolloff, President (EXPERT WITNESS)
COASTAL MARINE SERVICES, INC.
8B Cherry Street
Brant Rock, MA  02020-9999

k. Clark Bruening
MANN Engines & Components, Inc.
Pompano Beach, FL

l. Melkin Phillips
12130 Galveston Road, Building 3
Webster, TX

m. Everett Knowlton
10 Eric Road
Mansfield, MA

n. John Carlson
141 Wareham Street

4

    Middleboro, MA

 o. Captain Joe Walker
   815 Sterling Place
   Brigahtin, NJ

 p. Lee Gillispie
   North Atlantic Power
   225 Heritage Avenue
   Portsmouth, NH

 q. Tim Taggart
   Twin Disc
   1328 Racine Street
   Racine, WI

 r. Kevin Rantusio
   Rantusio Boat Works
   978 Falmouth Road
   Mashpee, MA

## XII. LIST OF PROPOSED EXHIBITS

 a. Defendants' warranties

 b. Letter from Wayne Daley to Phil Connors dated August 22, 2000

 c. Letter from Wayne Daley to Scott Krowiec dated July 18, 2000

 d. Letter from Wayne Daley to Ocean Yachts, Inc. dated November 19, 2001

 e. E-mail from Richard Quandt to Oyster Harbors Marine and Ocean Yachts, Inc. dated January 17, 2002

 f. Letter from Wayne Daley to MANN Engines dated August 4, 2003

 g. Letter from Scott Krowiec to Kevin Rantusio dated November 19, 2003

 h. Letter from Brent Wagner to Wayne Daley dated November 24, 2003

 i. Letter from Wayne Daley to MANN Engines dated January 4, 2004

 j. Letter from Wayne Daley to Performance Diesel dated January 4, 2004

 k. Letter from Wayne Daley to Ocean Yachts dated January 4, 2004

l.   Letter from MANN Engines to Wayne Daley dated January 20, 2004

m.   Letter from Ocean Yachts to Wayne Daley dated January 29, 2004

n.   Letter from Ocean Yachts to Wayne Daley dated April 8, 2004

o.   Letter from James Dolloff dated June 1, 2005

p.   Twin Disc's service report dated January 21, 2002

q.   Report of Captain Joe Walker III (undated) bates stamps WD00255-00256.

r.   MANN damage reports

s.   Oyster Harbor Marine Purchase Agreement

t.   Pictures of boat and damage (taken by Plaintiff)

u.   Vibration analysis of American Vulcan Corporation dated March 13, 2002

v.   Twin Disc's warranty claim audit reports

w.   E-mail from Bob Clark to Twin Disc dated August 31, 2000

x.   E-mail from Dennis Muesegades to Tim Taggart dated November 30, 2001

y.   Photographs taken by Ocean Yachts

z.   Letter from Brent Wagner to Scott at Ocean Yachts dated November 25, 2003

aa.  Letter from Cornell Balance and Power to MANN Engines dated October 15, 2003

bb.  Tape recordings of phone messages left by Defendants previously produced in discovery

cc.  Letter from B.G. Sykes to MANN Engines dated December 14, 2001

WAYNE DALEY, NADINE DALEY AND
MDL FISHING, LLC
By their attorneys,

/s/ Joseph P. Crimmins
Joseph P. Crimmins, BBO # 556582
Posternak Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
Tel:    617-973-6100
Fax:    617-722-4915
jcrimmins@pbl.com

ID # 487913v01/14236-2/ 10.13.2006

## CERTIFICATE OF SERVICE

I, Joseph P. Crimmins, Posternak Blankstein & Lund LLP, hereby certify that on this 13th day of October 2006, I caused a copy of the within document to be E-mailed, to:

Peter G. Hermes, Esq.
Hermes, Netburn, O'Connor & Spearing, P.C.
111 Devonshire Street, 8th Floor
Boston, MA 02109
Tel:   (617) 728-0050
Fax:   (617) 728-0052
phermes@hnso.org

Michel O. Weisz
Segredo & Weisz
Suite 1500
9350 South Dixie Highway
Miami, FL 33156
Tel:   (305) 670-3820
Fax:   (305) 670-8230
moweisz@aol.com

Howard Brown, BBO #
Bartlett Hackett Feinberg, P.C.
10 High Street, Suite 920
Boston, MA 02110
Tel:   (617) 422-0200
Fax:   (617) 422-0383
hmb@bostonbusinesslaw.com

Richard J. Shea, BBO #
Megan Kures
Melick Porter & Shea
28 State Street, 22nd Floor
Boston, MA 02108
Tel:   (617) 523-6200
Fax:   (617) 617-523-8130
rshea@melicklaw.com
mkures@melicklaw.com

Francis J. Lynch, III, BBO #
J. Gary Bennett, BBO #
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
Tel:   (508) 230-2500
Fax:   (508) 230-2510
gbennett@lynchlynch.com

/s/ Joseph P. Crimmins
Joseph P. Crimmins

ID # 487913v01/14236-2/ 10.13.2006