UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10720-RWZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

WAYNE DALEY, NADINE DALEY,
and MDL FISHING, LLC,

    Plaintiffs,

v.

TWIN DISC, INC., MANN
ENGINES & COMPONENTS, INC.,
OCEAN YACHTS, INC., and
PERFORMANCE DIESEL, INC.

    Defendants,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT, TWIN DISC, INC.'s, PRE-TRIAL CONFERENCE MEMORANDUM

Pursuant to the Court's September 20, 2006 Order, the defendant, Twin Disc, Inc., submits the following as its Pre-Trial Conference Memorandum:

On July 31, 2006, the Court allowed Twin Disc's Motion for Summary Judgment as to all claims asserted against it. Counsel for Twin Disc filed a Motion for Entry of Judgment Under Rule 54(b) on August 14, 2006. The Court has not ruled on this motion to date. The motion was not opposed by any other party and Twin Disc does not believe any reason exists to preclude the entry of final judgment. Consequently, Twin Disc has no expectation of participating in the trial of this matter and does not anticipate presenting evidence or calling witnesses.

          Respectfully submitted,
          Twin Disc, Inc.,
          By its counsel,

          /s/ Megan E. Kures
          Richard J. Shea BBO #456310
          Megan E. Kures BBO #652485
          MELICK, PORTER & SHEA, LLP
          28 State Street - 22nd floor
          Boston, MA 02109
          (617) 523-6200

Dated: October 13, 2006

CERTIFICATE OF SERVICE

I, Megan E. Kures, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

Joseph P. Crimmins, Esq.
POSTERNAK, BLANKSTEIN & LUND
Prudential Tower
800 Boylston Street
Boston, MA 02199-4915

Michel Weisz, Esq.
SEGREDO & WEIS
9350 South Dixie Highway, Suite 1500
Miami, FL 33156

J. Gary Bennett, Esq.
Lynch & Lynch
45 Bristol Drive South Easton, MA 02375

Peter G. Hermes, Esq.
Hermes, Netburn, O'Connor & Spearing
111 Devonshire Street 8th Floor
Boston, MA 02109


/s/ Megan E. Kures
_____
Megan E. Kures


Date:   10/13/06