# LYNCH & LYNCH

*A PROFESSIONAL CORPORATION*

| | | |
|---|---|---|
| *Francis J. Lynch, III* | | *Nella M. Lussier* |
| *Stephen M.A. Woodworth* | | *Susan K. Hannigan* |
| *Cynthia P. Karabelas* | | *John F. Gleavy* |
| *John A. Eklund* | *45 Bristol Drive* | *J. William Chamberlain, Jr.* |
| *Susan E. Sullivan\** | *South Easton, MA 02375* | *Cynthia S. Ladd* |
| *Stephen J. Duggan* | *Tel: (508) 230-2500* | *Jeanne E. Flynn* |
| *Peter E. Heppner* | *Fax: (508) 230-2510* | *Christiana E. Strojny\*\** |
| *Joseph C. Ferreira* | | *Benjamin J. Whitney* |
| *Holly K. Lemieux* | | *Michelle A. Scanlon* |
| *J. Gary Bennett* | *253 Locust Street*     *8 Faneuil Hall Marketplace* | *Bradley A. Sultan\*\*\** |
| | *Fall River, MA 02720*     *Third Floor* | *William F. Asci* |
| | *(508) 674-0021*     *Boston, MA 02109* | *Tanya M. Da Silva* |

*Francis J. Lynch, II*
   *1967 - 2001*
*Rory P. Melvin*
   *1988 - 2004*

*PLEASE DIRECT ALL CORRESPONDENCE*
*TO SOUTH EASTON ADDRESS*

*OF COUNSEL*

*Anne-Marie Finn*
*Ellen M. Chiocca Carey*

   *\*Also Admitted in Rhode Island*
 *\*\* Also Admitted in Maine*
*\*\*\*Also Admitted in Florida*

November 2, 2006

United States District Court for the
District of Mass.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Wayne Daley, et al v. Performance Diesel, Inc., et al
        Civil Action No. 05-10720 RWZ
        Our File No. 17366-P
        United Stated District Court C.A. No.: 05-10720RWZ

Dear Sir/Madam:

This correspondence is provided as a status report to the Court, as earlier directed at the pre-trial conference of this matter on October 18, 2006.

This office represents the defendant Performance Diesel, Inc. in this case. As of this date, a settlement has not been achieved between that defendant and the plaintiffs. However, settlement negotiations are continuing. If a settlement is achieved between the parties, the Court will be advised immediately.

Thank you for your attention in this regard.

Very truly yours,

/s/ J. Gary Bennett

J. Gary Bennett
JGB/jmk
cc via E file:
       Joseph Crimmins, Esq.
       Howard M. Brown, Esq.
       Peter Hermes, Esq.
       Megan Kures, Esq.
       Michel Weisz, Esq.

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ J. Gary Bennett

_____
Francis J. Lynch, III, BBO 308 740
J. Gary Bennett, BBO 037 630
Attorney for Defendant,
Performance Diesel, Inc.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500