UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE DALEY, NADINE DALEY and MDL FISHING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TWIN DISC, INC., MANN ENGINES AND COMPONENTS, INC., OCEAN YACHTS, INC., and PERFORMANCE DIESEL, INC.,<br><br>Defendants. | Civil Action No. 05-10720 RWZ |

## JUDGMENT

This action came before the Court, Rya W. Zobel, J., presiding, upon the separate motions of Defendant Twin Disc, Inc. ("Twin") and Defendant MAN Engines and Components, Inc. ("MAN"), incorrectly named as "MANN Engines and Components, Inc.," for Summary Judgment pursuant to Fed. R. Civ. P. 56. The issues have been heard and decisions have been rendered. For the reasons contained in the Court's Memorandum of Decision dated July 31, 2006, Twin's Motion for Summary Judgment (Docket #44) was allowed. In addition, Count II of Plaintiffs' Amended Complaint was dismissed in its entirety with respect to all defendants. By Order of October 18, 2006, the Court granted MAN's Motion for Summary Judgment (Docket #54), without opposition. By Order of October 18, 2006, the Court granted Twin's Motion for Entry of Separate and Final Judgment Pursuant to Fed. R. Civ. P. 54(b) (Docket #51). By Order of October 23, 2006, the Court granted MAN's Motion for Entry of Separate and Final Judgment Pursuant to Fed. R. Civ. P. 54(b)(Docket #67). The Court finds there is no just reason

for delay and that Twin and MAN are entitled to a judgment as a matter of law. Therefore, it is **DECLARED, ORDERED and ADJUDGED** that:

1. Final Judgment with prejudice and without costs enters in favor of Twin Disc, Inc. with respect to the claims of Wayne Daley, Nadine Daley and MDL Fishing, LLC contained in Counts I and II of the Amended Complaint; and

2. Final Judgment with prejudice and without costs enters in favor of MAN Engines and Components, Inc., incorrectly named as "MANN Engines and Components, Inc.," with respect to the claims of Wayne Daley, Nadine Daley and MDL Fishing, LLC contained in Counts I and II of the Amended Complaint.

Dated at Boston, Massachusetts, this 13th day of November, 2006.

Sarah A. Thornton,
Clerk of the Court

Form of Judgment Approved:

By: _____
Deputy Clerk

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE
G:\DOCS\ECH\Clients\MAN Engines\Daley 15760\Pleadings\Judgment.doc

2