# LYNCH & LYNCH

Francis J. Lynch, III
Stephen M.A. Woodworth
Cynthia P. Karabelas
John A. Eklund
Susan E. Sullivan*
Stephen J. Duggan
Peter E. Heppner
Joseph C. Ferreira
Holly K. Lemieux
J. Gary Bennett

A PROFESSIONAL CORPORATION

45 Bristol Drive
South Easton, MA 02375
Tel: (508) 230-2500
Fax: (508) 230-2510

253 Locust Street
Fall River, MA 02720
(508) 674-0021

8 Faneuil Hall Marketplace
Third Floor
Boston, MA   02109

Nella M. Lussier
Susan K. Hannigan
John F. Gleavy
J. William Chamberlain, Jr.
Cynthia S. Ladd
Jeanne E. Flynn
Christiana E. Strojny**
Benjamin J. Whitney
Michelle A. Scanlon
Bradley A. Sultan***
William F. Asci
Tanya M. Da Silva

Francis J. Lynch, II
   1967 - 2001
Rory P. Melvin
   1988 - 2004

*PLEASE DIRECT ALL CORRESPONDENCE
TO SOUTH EASTON ADDRESS*

OF COUNSEL

Anne-Marie Finn
Ellen M. Chiocca Carey

*Also Admitted in Rhode Island
** Also Admitted in Maine
***Also Admitted in Florida

December 20, 2006

United States District Court for the
District of Mass.
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Wayne Daley, et al v. Performance Diesel, Inc., et al
      Civil Action No. 05-10720 RWZ
      Our File No. 17366-P
      United Stated District Court C.A. No.:  05-10720RWZ

Dear Sir/Madam:

In regard to the above-captioned case, this office represents the defendant Performance Diesel, Inc.

Please be advised that the defendant Performance Diesel, Inc. has reached a settlement with the plaintiffs in this case, resolving all claims, as they apply to that defendant.

Accordingly, at your earliest convenience would you please issue an order "dismissal nisi" pending receipt by your office of a STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS (APPLICABLE ONLY TO DEFENDANT PERFORMANCE DIESEL, INC.).

Thank you for your attention in this regard.  If you have any questions in this matter, please do not hesitate to contact me.

Very truly yours,

/s/ J. Gary Bennett

J. Gary Bennett
JGB/jmk
   cc    Joseph Crimmins, Esq.
         Howard M. Brown, Esq.
         Peter Hermes, Esq.
         Megan Kures, Esq.
         Michel Weisz, Esq.
         Brent Wagner

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants upon receipt of notification of same from the court.

/s/ J. Gary Bennett
_____

J. Gary Bennett