**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**WAYNE DALEY ET AL**
                **Plaintiff**

      **CIVIL ACTION**

   V.

      **NO. 05CV10720-RWZ**

**OCEAN YACHTS, INC.**
                **Defendant**

**JUDGMENT**

**ZOBEL, D. J.**

In accordance with the ENDORSED ORDER on 1/22/07;

    JUDGMENT is entered for OCEAN YACHTS, INC..

                            By the Court,

  **1/22/07**                            s/ Lisa A. Urso
Date                                 Deputy Clerk